FILED

2003 DEC -8  P 12: 21

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | December 5, 2003 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003 and September 18, 2003 order.

1.  Counsel agree that the extension of time is necessary due to scheduling commitments of both counsel.

2.  All counsel consent to this extension, and join in the Motion.

3. The proposed deadlines are as follows:

a. Depositions of fact witnesses and liability expert witnesses will be completed by February 28, 2004.

b. Discovery will be completed by February 28, 2004.

c. All dispositive motions will be filed by February 28, 2004.

**WHEREFORE,** the Plaintiff and Defendant jointly and respectfully request that the pretrial deadlines be extended an additional sixty (60) days.

PLAINTIFF, Tomasz Mierzejewski

By _____
Juri E. Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

By _____
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been ~~mailed, postage prepaid~~ hand delivered, this 5th day of December, 2003, to:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032

Juri E. Taalman