FILED

2003 DEC -8 P 12: 21

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | December 5, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003 and September 18, 2003 order.

1. Counsel agree that the extension of time is necessary due to scheduling commitments of both counsel.

2. All counsel consent to this extension, and join in the Motion.

Motion Granted.
Discovery cutoff date February 28, 2004
Dispositive Motions Due by February 28, 2004
SO ORDERED
12/9/03
Stefan R. Underhill, U.S.D.J.

2003 DEC -9 A 11: 16
US DISTRICT
BRIDGEPORT