FILED

2004 FEB -2 P 12: 27

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | JANUARY 29, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003 and December 9, 2003 order.

1. Scheduling commitments of both counsel require additional time to complete discovery.

2. All counsel consent to this extension and join in the Motion.

3. The parties are continuing discovery and have scheduled and are taking a series of depositions for the next several months, during which time additional discovery will be obtained.

4. Current discovery has been delayed by weather, vacation schedules of counsel, the availability of Polish language translators and a currently pending legal action to quash subpoenas for scheduled depositions of Town officials.

5. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by April 30, 2004;

   b. Discovery will be completed by April 30, 2004; and

   c. All dispositive motions will be filed by April 30, 2004.

**WHEREFORE**, the Plaintiff and the Defendant jointly and respectfully request that the pretrial deadlines be extended an additional sixty (60) days.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE & BUSH, LLC
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

BY _____
Michael Feldman, Esq.
FELDMAN & HICKEY, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649

## **CERTIFICATION**

This is to certify that the original of the foregoing was forwarded this 29th day of January, 2004, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032

Juri E. Taalman
Commissioner of the Superior Court