FILED

2004 JAN 30 P 1: 35

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI<br>    Plaintiff | : | Civil Action Number |
| | : | |
| v. | : | 3:02 CV 752 (SRU) |
| | : | |
| NATIONWIDE MUTUAL FIRE<br>INSURANCE COMPANY | : | |
|     Defendant | : | January 28, 2004 |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Please enter my appearance as attorney for the City of New Britain on behalf of the Deponents William J. Sencio and Timothy T. Stewart, in the above-entitled action.

                WILLIAM J. SENCIO and TIMOTHY T. STEWART

                By Office of Corporation Counsel


                _/s/ Mary C. Pokorski_
                Mary C. Pokorski
                Attorney for Deponents
                Office of Corporation Counsel
                City of New Britain
                27 West Main Street
                New Britain, Connecticut 06051
                Tel. (860) 826-3420
                Federal Bar Number ct18903

CERTIFICATION

I hereby certify that on January 28, 2004, a copy of the above was mailed to all counsel of record.

Juri E. Taalman, Esq.
Brignole and Bush, LLC
73 Wadsworth Street
Hartford, Connecticut 06106-1768

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, Connecticut 06032

_____
Mary C. Pokorski
Commissioner of Superior Court