# 34

FILED

2004 FEB -2 P 12: 27

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | JANUARY 29, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003 and December 9, 2003 order.

1. Scheduling commitments of both counsel require additional time to complete discovery.
2. All counsel consent to this extension and join in the Motion.
3. The parties are continuing discovery and have scheduled and are taking a series of depositions for the next several months, during which time additional discovery will be obtained.

MOTION GRANTED.

SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.

2/8/04