UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | FEBRUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b) of the Local Rules of Civil Procedure, the Defendant respectfully requests that the court enter an order of thirty (30) days extending the time within which it may answer or object to the plaintiff, Tomasz Mierzejewski's Interrogatories and Requests for Production dated January 16, 2004 and plaintiff's January 29, 2004 Supplemental (Second) Set of Interrogatories and Requests for Production, for the following reasons:

    1.  The extension of time is necessary so that the defendant has adequate time to fully and fairly respond to the plaintiff's discovery requests.

    2.    The undersigned counsel has conferred with the plaintiff, Tomasz

Mierzejewski's counsel Juri Taalman regarding the instant motion and said counsel has no objection to the filing and granting of same.

    3.    Defendant's counsel will be on vacation for one week during the original period.

    4.    This is first motion for extension of time within which to respond to said discovery requests filed by the defendant.

WHEREFORE, the defendant respectfully requests that the time for the filing of its answers or objections to Plaintiff's First Set of Interrogatories and Requests for Production be extended through and including March 16, 2004 and the time for the filing of its answers or objections to Plaintiff's Supplemental (Second) Set of Interrogatories and Requests for Production be extended through and including March 29, 2004

2

                                       NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,

                                       By_____
                                         Michael Feldman, Esq.
                                         Federal Bar # ct 06649
                                         FELDMAN & HICKEY, LLC
                                        10 Waterside Drive, Ste. 303
                                         Farmington, CT 06032
                                         Its Attorneys
                                         (860) 677-0551

## CERTIFICATION OF SERVICE

     This is to certify that on this 5th day of February, 2004, a copy of the foregoing has been mailed, via first class mail, postage prepaid, to the following:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

                                                  _____
                                                  Michael Feldman