# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | FEBRUARY 6, 2004 |

## MOTION FOR PROTECTIVE ORDER, SEVERANCE AND STAY

The defendant, Nationwide Mutual Fire Insurance Company ("**Nationwide**"), respectfully moves for a protective order and for severance and a stay of the Second, Third, Fourth, Fifth and Sixth Counts of the plaintiff's Substitute Amended Complaint. Specifically, as more fully set forth in the defendant's Memorandum, Nationwide is entitled to a protective order with respect the plaintiff's discovery requests seeking its claims file and claim process as being: (a) work product; (b) subject to a qualified privilege; and (c) irrelevant as to the allegations contained in the First Count.

Counts Two, Three, Four, Five and Six alleging violations of the Connecticut Unfair Insurance Practices Act, Connecticut Unfair Trade Practices Act, negligent claims investigation, breach of the covenant of good faith and fair dealing should be

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147

severed pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and stayed pending resolution of Count One.

In support of this Motion, Nationwide sumbits the attached Memorandum, together with a Certification of Counsel.

DEFENDANT, NATIONWIDE MUTUAL
FIRE INSURANCE
COMPANY,

By _____
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
Fed. Bar #ct 06649
(860) 677-0551

2

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing was sent via facsimile and mailed via first class mail, postage prepaid on February 6, 2004, to the following:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
Office of Corporation Counsel
City of New Britain
24 West Main Street
New Britain, CT 06051

_____
Michael Feldman

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147