FILED

2004 FEB -9  P 12: 54

US DISTRICT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | FEBRUARY 6, 2004 |

### CERTIFICATION OF COUNSEL

Michael Feldman, being duly sworn, deposes and says:

1. I am over 18 years of age, believe in the obligations of an oath and am counsel for the defendant, Nationwide Mutual Fire Insurance Company ("Nationwide").

2. This certification is filed in accordance with Rule 9(d)2 of the Local Rules of Civil Procedure for the District of Connecticut and in connection with Nationwide's Motion for Protective Order Severance and Stay.

3. I have had several telephone conversations with Juri Taalman, the plaintiffs' counsel, relating to his discovery requests. In addition, we had exchanged correspondence on this subject. I have conveyed to him my position that discovery

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147

relating to the bad faith and unfair insurance practices claims should be stayed until resolution of the coverage issue and that the claims file should not be produced. Attorney Taalman has indicated that he is not willing to suspend discovery on these subjects pending resolution of the coverage issue

    4. We have reached agreement on some other issues. For example, Nationwide has agreed to allow its testifying expert Ronald Mullen, a fire scene investigator, to be deposed. Plaintiff's counsel postponed Mr. Mullen's deposition originally scheduled for January 30, 2004. In addition, Nationwide has no objection to the plaintiffs seeking discovery from other testifying experts that Nationwide intends to call or from taking depositions of witnesses relating to the issues of the cause and origin of the fire, or the opportunity or motive of the plaintiff.

_____
Michael Feldman

Subscribed and Sworn to before
me this 6th day of February, 2004.

_____
Charles E. Hickey
Commissioner of the Superior Court

2

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147

DEFENDANT, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

By _____
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
Fed. Bar #ct 06649
(860) 677-0551

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed via first class mail, postage prepaid on February 6, 2004, to the following:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
Office of Corporation Counsel
City of New Britain
24 West Main Street
New Britain, CT 06051

_____
Michael Feldman

3