#45

FILED

2004 FEB -9 P 12: 54

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | FEBRUARY 5, 2004 |

ORDERED ACCORDINGLY.
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b) of the Local Rules of Civil Procedure, the Defendant respectfully requests that the court enter an order of thirty (30) days extending the time within which it may answer or object to the plaintiff, Tomasz Mierzejewski's Interrogatories and Requests for Production dated January 16, 2004 and plaintiff's January 29, 2004 Supplemental (Second) Set of Interrogatories and Requests for Production, for the following reasons:

1. The extension of time is necessary so that the defendant has adequate time to fully and fairly respond to the plaintiff's discovery requests.

2. The undersigned counsel has conferred with the plaintiff, Tomasz