# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TOMASZ MIERZEJEWSKI

VS.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

APPEARANCE

FILED
2004 MAR -9 P 12: 30
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:01 CV 752 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Nationwide Mutual Fire Insurance Company

| | |
|---|---|
| 3-4-04 | *(signature)* |
| Date | Signature |
| ct24087 | Rebecca Fox |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (860) 677-0551 | 10 Waterside Drive, Suite 303 |
| Telephone Number | Address |
| | Farmington, CT 06032 |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
Office of Corporation Counsel
City of New Britain
24 West Main Street
New Britain, CT 06051

*(signature)*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96