FILED

2004 APR -5 P 2: 27

US DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | APRIL 1, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of ninety (90) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003 and February 3, 2004 order.

1.  Resolution of pending Motions to Quash and Motion for Severance are necessary before depositions and discovery can be completed. Oral arguments are scheduled to be heard by the Court on April 16, 2004.

2. Substantial time to complete discovery may be required depending on the Court's ruling on these pending motions.

3. Parties have been diligently completing discovery. Seven depositions have been taken in the last month.

4. All counsel consent to this extension, and join in the Motion.

5. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by July 31, 2004.

   b. Discovery will be completed by August 1, 2004.

   c. All dispositive motions will be filed by September 1, 2004.

**WHEREFORE,** the Plaintiff and Defendant jointly and respectfully request that the pretrial deadlines be extended an additional ninety (90) days.

PLAINTIFF, Thomasz Mierzejewski

By _____
Juri E. Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

By _____
Michael Feldman, Esq.
Rebecca L. Fox, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649
ct 24087

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this __1__ day of April, 2004, to:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

_____
Rebecca L. Fox, Esq.