**FILED**

2004 APR -5 P 2: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | APRIL 1, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of ninety (90) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003 and February 3, 2004 order.

1.   Resolution of pending Motions to Quash and Motion for Severance are necessary before depositions and discovery can be completed. Oral arguments are scheduled to be heard by the Court on April 16, 2004.

Motion Granted.
Discovery cutoff date August 1, 2004
Dispositive Motions due by September 1, 2004
SO ORDERED 4/12/04
Stefan R. Underhill, U.S.D.J.

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147