CT/cvrhrg (January 10, 2002)

HONORABLE Stefan Underhill
DEPUTY CLERK Montz    RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours 35 minutes

DATE 4-16-04    START TIME 4:25    END TIME 5:00
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02cv 752 (SRU)

Mierzejewski
vs.
Nationwide

Juri Taalman
Plaintiffs Counsel
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Rebecca Fox
Defendants Counsel
Mary Pikorski

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (mischrg.) Miscellaneous Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

- [x] #36  Motion To Quash — ☒ granted ☐ denied ☐ advisement
- [x] #38  Motion To Quash — ☒ granted ☐ denied ☐ advisement
- [x] #46  Motion for Severance — ☒ granted ☐ denied ☐ advisement
- [x] #46  Motion for Protective Order — ☐ granted ☒ denied ☐ advisement
- [x] #46  Motion To Stay Amended Complaint — ☒ granted ☐ denied ☐ advisement

Brief(s) due _____  Proposed Findings due _____  Response due _____

Hearing continued until _____ at _____