FILED

2004 JUL -6 P 12: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | JULY 2, 2004 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of 120 days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003, February 3, 2004 and April 12, 2004 order.

1. On April 16, 2004, the Court heard oral argument on the City of New Britain's Motions to Quash and Defendant's Motion for Severance and

Motion for Protective Order.

2. The Court granted the City of New Britain's Motion to Squash allowing the New Britain Police Chief and Fire Marshal six months (until October 16, 2004) to complete their investigation before their depositions can be taken.

3. The Court denied the Defendant's Motion for Protective Order and instructed defendant's counsel to prepare a privilege log and submit the log to plaintiff's counsel.

4. Time to complete discovery is required as a result of the Court's ruling on these motions.

5. Parties have been diligently completing discovery.

6. All counsel consent to this extension, and join in the Motion.

7. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by November 29, 2004.

   b. All dispositive motions will be filed by December 29, 2004.

**WHEREFORE,** the Plaintiff and Defendant jointly and respectfully request that the pretrial deadlines be extended an additional 120 days.

PLAINTIFF, Thomasz Mierzejewski

By _/s/ Juri E. Taalman_
Juri E. Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

By _/s/_
Michael Feldman, Esq.
Rebecca L. Fox, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649
ct 24087

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 30th day of June, 2004, to:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

_____
Rebecca L. Fox, Esq.