UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | NOVEMBER 15, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003 and December 9, 2003, and July 12, 2004 order.

1.  Scheduling commitments of counsel require additional time to complete discovery.

2.  All counsel consent to this extension and join in the Motion.

3.  The parties are continuing discovery and have scheduled and are taking a series of depositions for the next two months, during which time additional discovery will be obtained. Scheduled depositions have had to be postponed due to present unavailability of deponents, including current mayor and former Fire Marshal of New Britain and the Police Chief of New Britain. Plaintiff is also awaiting disclosure

1

of police investigative file after review by City of New Britain officials, which town counsel has advised is currently under way.

4. Current discovery has been delayed by vacation schedules of counsel, unavailability of deponents, the need to review recently received copies discovery documents and supplemental disclosure regarding additional liability expert.

5. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by January 31, 2005;

   b. Discovery will be completed by January 31, 2005; and

   c. All dispositive motions will be filed by February 28, 2005.

**WHEREFORE**, the Plaintiff and the Defendant jointly and respectfully request that the pretrial deadlines be extended an additional sixty (60) days.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE & BUSH, LLC
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

BY _____
Rebecca L Fox, Esq.
FELDMAN & HICKEY, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649

## CERTIFICATION

This is to certify that a copy of the foregoing was forwarded this 15th day of November, 2004, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Rebecca L. Fox, Esq.
Michael Feldman, Esq
Charles E. Hickey, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032

Juri E. Taalman
Commissioner of the Superior Court