**FILED**

2005 JAN 20 P 12: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | JANUARY 18, 2005 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of ninety (90) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003, July 12, 2004 and November 15, 2004.

1. Scheduling commitments of both counsel require additional time to complete discovery.

2. All counsel consent to this extension and join in the Motion.

1

3. The parties are continuing discovery and have scheduled and are taking a series of depositions for the next three months, during which time additional discovery will be obtained. Scheduled depositions have had to be postponed due to delays in obtaining disclosure, photocopying, procurement and review of extensive investigative files from the Police Department and Fire Marshal's Office of the City of New Britain, and consultation with experts regarding newly received documents. Scheduled depositions have also had to be postponed due to unavailability of deponents, experts and counsel.

4. Current discovery has been delayed by weather, vacation schedules and illness of counsel, the unavailability of deponents, the need to review recently received copies of discovery documents from the New Britain Police Department and Fire Marshal' Office and recent supplemental disclosure documents.

5. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by April 30, 2005;

   b. Discovery will be completed by April 30, 2005; and

   c. All dispositive motions will be filed by May 31, 2005.

2

**WHEREFORE**, the Plaintiff and the Defendant jointly and respectfully request that the pretrial deadlines be extended an additional ninety (90) days.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE BUSH & LEWIS
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

BY _____
Michael Feldman, Esq.
FELDMAN & HICKEY, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649

3

**CERTIFICATION**

This is to certify that the original of the foregoing was forwarded this 19th day of January, 2005, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032

Juri E. Taalman
Commissioner of the Superior Court

4