# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TOMASZ MIERZEJEWSKI

    Plaintiff

vs.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

    Defendant

**APPEARANCE**

CASE NUMBER: 3:02 CV 752 (SRU)

FILED 2005 APR 19 A 11:47 U.S. DISTRICT COURT BRIDGEPORT, CONN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Nationwide Mutual Fire Insurance Company

---

__April 18, 2005__
Date

__ct06842__
Connecticut Federal Bar Number

__(860) 677-0551__
Telephone Number

_[Signature]_
Signature

__Charles E. Hickey, Esq.__
Print Clearly or Type Name

Feldman & Hickey, LLC
Address
10 Waterside Drive, Ste. 303
Farmington, CT 06032

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

_[Signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96