UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | : | Civil Action Number |
| Plaintiff | : | |
| | : | 3:02 CV 752 (SRU) |
| v. | : | |
| | : | |
| NATIONWIDE MUTUAL FIRE | : | |
| INSURANCE COMPANY | : | |
| Defendant | : | April 19, 2005 |

MOTION TO QUASH SUBPOENA DIRECTED TO
JAMES WARDWELL OF THE NEW BRITAIN POLICE DEPARTMENT
DATED APRIL 18, 2005

Pursuant to Rule 45(B) of the Federal Rules of Civil Procedure, James Wardwell, Sergeant, New Britain Police Department hereby moves to quash in part the subpoena duces tecum directed to him dated April 18, 2005.  The subpoena duces tecum, which is attached as Exhibit A, seeks the production of:

    1.  The entire file of the New Britain Police Department relating to the investigation of the fire that occurred at 83 West Street, New Britain, Connecticut, on or about July 7-8, 2001, including but not limited to any and all reports, memoranda, notes, correspondence, and other documents relating to the investigation of said fire;

    2. Any and all photographs, videotapes, and other graphic visual materials regarding said fire;

    3.  Any and all audio tapes and statements of
witnesses regarding said fire; and
    4.  The final New Britain Police Department report
regarding said fire.

The deponent, James Wardwell, moves to quash the request

for the production of two documents contained in the file of the

New Britain Police Department concerning the investigation of a

July 8, 2001, fire at 83 West Street, New Britain:  1) an

Affidavit and Application Search and Seizure Warrant and 2) a

Criminal History Summary of a potential witness.  With respect

to the remainder of the New Britain Police Department file,

copies were produced to the parties on November 29, 2004.  (See

copy of a November 29, 2004, letter from undersigned counsel

attached hereto as Exhibit B).

By way of background On January 16, 2004, the plaintiff's

counsel served a subpoenas duces tecum directed to William J.

Sencio, then Chief of Police, New Britain Police Department, and

Timothy T. Stewart, Mayor of the City of New Britain but also a

Fire Inspector in Fire Marshal's Office.  These subpoenas sought

information from the Police Department and Fire Marshal's Office

related to the investigation of a July 8, 2001, fire at 83 West

Street in the City of New Britain which at that time was owned by the plaintiff.  On January 28, 2004, Motions to Quash and Objections to the subpoenas duces tecum were filed on behalf of Chief Sencio and Mayor Stewart on the grounds that the records sought were compiled in connection with the investigation of a possible arson, that the investigations were still pending and that at the time the Police Department was following a lead.

On April 16, 2004, the Motions to Quash and Objections were argued before Judge Stefan Underhill.  Judge Underhill granted the motions to quash for six months and stated that in six months the plaintiff could subpoena the information.  On November 4, 2004, the plaintiff served subpoenas directed to Chief Sencio and Mayor Stewart seeking production of the respective files relating to the investigation of the fire that occurred at 83 West Street, New Britain, Connecticut, on July 8, 2001.  Depositions were scheduled for November 12, 2004.  The depositions were marked off and on November 29,2004, the file of the New Britain Police Department concerning the investigation of the July 8, 2001, fire at 83 West Street was forwarded to the

plaintiff's counsel with the exception of the Affidavit and
Application Search and Seizure Warrant and the Criminal History
Summary of a potential witness currently at issue.  (Exhibit B)
Copies of the documents produced to the plaintiff were sent to
the defendant's counsel.  (Exhibit B)  The Fire Marshal's file
was also produced to the parties with the exception of
photographs (Exhibit B) which are currently being reproduced for
the parties.

On Friday, April 15, 2005, the deposition of William
Gagliardi, Acting Police Chief, New Britain Police Department
was taken.  In addition, the deposition of Timothy T. Stewart,
Mayor, City of New Britain was taken in part.  During the
deposition of Mayor Stewart an issue was raised with respect to
the Affidavit and Application Search and Seizure Warrant and
Criminal History Summary that were not disclosed.  As a result,
the defendant's counsel issued the April 18, 2005, subpoena
duces tecum currently at issue.

The deponent, James Wardwell, moves to quash the request
for the criminal history summary on the grounds that release of

said information could violate Section 54-142g <u>et</u> <u>seq</u>. of the Connecticut General Statutes, which is entitled Security and Privacy of Criminal Records, as it contains information concerning the criminal history of an individual who is not subject to the instant litigation.  In addition, the deponent moves to quash the request on the grounds that the criminal history is of an individual who the police had received a tip might have information concerning the July 8, 2001, fire at 83 West Street.  Sergeant Wardwell interviewed the individual and determined the individual had no information concerning the fire.  Therefore, the criminal history has no relevance. Furthermore, the history provides personally identifiable information about an individual who has nothing to do with the underlying case.

    With respect to the Affidavit and Application Search and Seizure Warrant, this document is a draft that was never presented to a judge.  The document was shown to the State's Attorney's Office, however, it was not presented to a judge, therefore, it is not an official document in the file.

Furthermore, the Police Department investigation is still open and release of this draft warrant could be prejudicial to the investigation.  In addition, this document has no relevance to the underlying case.

Prior to filing this motion, the undersigned attorney discussed the concerns with respect to the release of these documents with the parties and was unable to resolve the objection.

For these reasons, the deponent, James Wardwell, objects to the subpoena duces tecum served on him.

JAMES WARDWELL

By Office of Corporation Counsel


 /s/ Mary C. Pokorski_____
Mary C. Pokorski
Attorney for City of New Britain
Office of Corporation Counsel
City of New Britain
27 West Main Street
New Britain, Connecticut 06051
Tel. (860) 826-3420
Fax  (860) 826-3397
mpokorski@ch.ci.new-britain.ct.us
Federal Bar Number ct18903

<u>CERTIFICATION</u>

I hereby certify that on April 19, 2005, a copy of the above was mailed to all counsel of record.

Juri E. Taalman, Esq.
Brignole and Bush, LLC
73 Wadsworth Street
Hartford, Connecticut 06106-1768

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, Connecticut 06032


  /s/ Mary C. Pokorski_____
Mary C. Pokorski
Attorney at Law