```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

TOMASZ MIERZEJEWSKI              :    Civil Action Number
     Plaintiff                   :
                                 :    3:02 CV 752 (SRU)
     v.                          :
                                 :
NATIONWIDE MUTUAL FIRE           :
INSURANCE COMPANY                :
     Defendant                   :    April 19, 2005
```

### NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents:

1. Exhibit A - Subpoena directed to James Wardwell dated April 18, 2005.

2. Exhibit B - Letter dated November 29, 2004, from Mary C. Pokorski, Associate City Attorney to Juri E. Taalman, Esq.

These document have not been filed electronically because the documents can not be converted to electronic format.

The documents have been manually served on all parties.

                      JAMES WARDWELL

                      By Office of Corporation Counsel


                      /s/ Mary C. Pokorski_____
                      Mary C. Pokorski
                      Attorney for City of New Britain
                      Office of Corporation Counsel
                      City of New Britain
                      27 West Main Street
                      New Britain, Connecticut 06051
                      Tel. (860) 826-3420
                      Fax  (860) 826-3397
                      mpokorski@ch.ci.new-britain.ct.us
                      Federal Bar Number ct18903


## CERTIFICATION

I hereby certify that on April 19, 2005, a copy of the above was mailed to all counsel of record.

    Juri E. Taalman, Esq.
    Brignole and Bush, LLC
    73 Wadsworth Street
    Hartford, Connecticut 06106-1768

    Michael Feldman, Esq.
    Feldman & Hickey, LLC
    10 Waterside Drive, Suite 303
    Farmington, Connecticut 06032


                      /s/ Mary C. Pokorski_____
                      Mary C. Pokorski
                      Attorney at Law