```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

TOMASZ MIERZEJEWSKI              :     Civil Action Number
        Plaintiff                :
                                 :     3:02 CV 752 (SRU)
   v.                            :
                                 :
NATIONWIDE MUTUAL FIRE           :
INSURANCE COMPANY                :
        Defendant                :     April 19, 2005
```

### NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following documents:

1. Exhibit A - Subpoena duces tecum directed to James Wardwell dated April 18, 2005.

2. Exhibit B - Letter dated November 29, 2004, from Mary C. Pokorski, Associate City Attorney to Juri E. Taalman, Esq.

These document have not been filed electronically because the documents can not be converted to electronic format.

The documents have been manually served on all parties.

                        JAMES WARDWELL

                        By Office of Corporation Counsel


                        /s/ Mary C. Pokorski_____
                        Mary C. Pokorski
                        Attorney for City of New Britain
                        Office of Corporation Counsel
                        City of New Britain
                        27 West Main Street
                        New Britain, Connecticut 06051
                        Tel. (860) 826-3420
                        Fax  (860) 826-3397
                        mpokorski@ch.ci.new-britain.ct.us
                        Federal Bar Number ct18903


## CERTIFICATION

I hereby certify that on April 19, 2005, a copy of the above was mailed to all counsel of record.

    Juri E. Taalman, Esq.
    Brignole and Bush, LLC
    73 Wadsworth Street
    Hartford, Connecticut 06106-1768

    Michael Feldman, Esq.
    Feldman & Hickey, LLC
    10 Waterside Drive, Suite 303
    Farmington, Connecticut 06032


                        /s/ Mary C. Pokorski_____
                        Mary C. Pokorski
                        Attorney at Law