FILED

2005 APR 25  A 11: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | : | CIVIL ACTION NO. 302CV752 (SRU) |
| V. | : | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | : | APRIL 22, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the defendant, Nationwide Mutual Fire Insurance Company (**"Nationwide"**) has manually filed the following documents:

1. Memorandum in Support of Discovery; and

2. Exhibit A - Notice of Taking Deposition Duces Tecum.

These documents have not been filed electronically because the documents cannot be converted to electronic format.

These documents have been manually served on all parties.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

By_____
Michael Feldman, Esq.
Federal ID ct06649
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-0551
(860) 677-1147 (fax)

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been send via facsimile and mailed, via first class mail, postage prepaid, on this 22nd day of April, 2005, to:

Timothy Brignole, Esq.
Juri Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

and sent via facsimile to:

The Honorable Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604
(203) 579-5704

_____
Michael Feldman, Esq.

3

FELDMAN & HICKEY, LLC • ATTORNEYS AT LAW • 10 WATERSIDE DRIVE, SUITE 303
FARMINGTON, CONNECTICUT 06032-3084 • (860) 677-0551 • FAX (860) 677-1147