FILED

2005 APR 25 A II: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | APRIL 22, 2005 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request the Court consider this Joint Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003, July12, 2004,November 15, 2004, January 18, 2005.

1.  The parties have diligently been proceeding with discovery and have been taking a series of depositions which, due to the time involved, have required rescheduling and rearranging of other depositions as well as continuances to accommodate the schedules of counsel and deponents.

1

2.  The deposition of New Britain police officer, James Wardwell, has not been concluded, pending resolution by the Court of legal issues involving disclosure of documents from the New Britain Police Department file. A telephone conference with the Court is pending and briefs are being filed by counsel. Subsequent continuance of this deposition will thereafter be scheduled, taking into consideration the officer's previously fixed professional training obligations

4.  All counsel consent to this extension and join in the Motion.

5.  The proposed deadlines are as follows:

    a.  Depositions of fact witnesses and liability expert witnesses will be completed by June 30, 2005;

    b.  Discovery will be completed by June 30, 2005; and

    c.  All dispositive motions will be filed by July 31, 2005.

2

**WHEREFORE**, the Plaintiff and the Defendant jointly and respectfully request that the pretrial deadlines be extended an additional sixty (60) days.

PLAINTIFF, Tomasz Mierzejewski

BY *[signature]*

Juri E. Taalman, Esq.
BRIGNOLE BUSH & LEWIS
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual
Fire Insurance Company

BY *[signature]*

Michael Feldman, Esq.
FELDMAN & HICKEY, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649

## CERTIFICATION

This is to certify that the original of the foregoing was forwarded this 22nd day of April, 2005, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032


Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051

                                                  Juri E. Taalman
                                                  Commissioner of the Superior Court

BRIGNOLE AND BUSH, LLC • ATTORNEYS AT LAW
73 WADSWORTH STREET • HARTFORD, CONNECTICUT 06106-1768 • (860) 527-9973 • FAX (860) 527-5929 • JURIS NO. 419073