FILED

2005 JUL -1 P 12:04

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants | ) | June 30, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff respectfully requests the Court consider this Motion for Extension of Time to enter an order for a further extension of sixty (60) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003, July12, 2004, November 15, 2004, January 18, 2005, and April 26, 2005.

1. The parties have diligently been proceeding with discovery and have been taking a series of many depositions which, due to the time involved, have required rescheduling and rearranging of other depositions as well as continuances to accommodate the schedules of counsel and deponents.

2. Due to trial schedules of counsel and professional training schedules and vacation

1

schedules of some deponents some depositions still need to be taken in July and August, and counsel for Plaintiff and Defendant have discussed tentative dates that will not pose scheduling conflicts.

4. Attorney Michael Feldman, counsel for the Defendant is currently on trial in New London, but his office has been notified by Plaintiff's counsel that this Motion for Extension of Time is being made and Attorney Feldman's response is awaited.

5. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by August 30, 2005;

   b. Discovery will be completed by August 30, 2005; and

   c. All dispositive motions will be filed by September 30, 2005.

**WHEREFORE**, the Plaintiff respectfully requests that the pretrial deadlines be extended an additional sixty (60) days.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE BUSH & LEWIS
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

BRIGNOLE, BUSH AND LEWIS • ATTORNEYS AT LAW
73 WADSWORTH STREET • HARTFORD, CONNECTICUT 06106-1768 • (860) 527-9973 • FAX (860) 527-5929 • JURIS NO. 419073

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile and forwarded this 30th day of June, 2005, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-1147 fax


Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051
(860) 826-3420
(860) 826-3397 fax

Juri E. Taalman
Commissioner of the Superior Court

3