FILED

2005 JUL -5 A 11: 24

U.S. DISTRICT COURT
BRIDGEPORT, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendants | ) | July 1, 2005 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, the Plaintiff respectfully requests the Court consider this Motion for Extension of Time to enter an order for a further extension of ninety (90) days from all pretrial deadlines set forth in the Joint Report of Parties' Planning Meeting dated June 4, 2002, and ordered on June 21, 2002, and as amended by the Court's January 14, 2003, May 12, 2003, September 18, 2003, December 9, 2003, July12, 2004,November 15, 2004, January 18, 2005, and April 26, 2005.

1. The parties have diligently been proceeding with discovery and have been taking a series of many depositions which, due to the time involved, have required rescheduling and rearranging of other depositions as well as continuances to accommodate the schedules of counsel and deponents.

1

2. Due to trial schedules of counsel and professional training schedules and vacation schedules of some deponents some depositions still need to be taken in July and August, and counsel for Plaintiff and Defendant have discussed tentative dates that will not pose scheduling conflicts.

4. Attorney Juri E. Taalman, counsel for the Plaintiff, expects to start a jury trial in Hartford on July 19, 2005, which is expected to continue into August. Attorney Michael Feldman, counsel for the Defendant, is currently on trial in New London and has scheduled vacations in August and September.

5. The proposed deadlines are as follows:

   a. Depositions of fact witnesses and liability expert witnesses will be completed by September 30, 2005;

   b. Discovery will be completed by September 30, 2005; and

   c. All dispositive motions will be filed by October 31, 2005.

2

**WHEREFORE,** the Plaintiff and the Defendant jointly and respectfully request that the pretrial deadlines be extended an additional ninety (90) days.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE BUSH & LEWIS
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

DEFENDANT, Nationwide Mutual Fire Insurance Company

BY _____
Michael Feldman, Esq.
FELDMAN & HICKEY, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032-3084
(860) 677-0551
ct 06649

3

### **CERTIFICATION**

This is to certify that the original of the foregoing was forwarded this 1st day of July, 2005, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032

                                                Juri E. Taalman
                                                Commissioner of the Superior Court

BRIGNOLE, BUSH AND LEWIS • ATTORNEYS AT LAW
73 WADSWORTH STREET • HARTFORD, CONNECTICUT 06106-1768 • (860) 527-9973 • FAX (860) 527-5929 • JURIS NO. 419073

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid on July 1, 2005, to the following:

Juri E. Taalman, Esq.
Brignole, Bush and Lewis
73 Wadsworth Street
Hartford, CT 06106

                                          _____
                                          Michael Feldman