**FILED**

2005 SEP 29 P 12: 59

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | : | CIVIL ACTION NO. 302CV752 (SRU) |
| V. | : | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | : | SEPTEMBER 28, 2005 |

## MOTION FOR SUMMARY JUDGMENT

The defendant Nationwide Mutual Fire Insurance Company ("Nationwide"), respectfully moves for summary judgment on all counts on the grounds that there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law. Specifically, the plaintiff made misrepresentations of material facts in his: (a) sworn proof of loss and (b) application for insurance, which voids the policy. In support of this Motion Nationwide submits the attached Memorandum, Affidavit of Charles Meyers dated September 28, 2005 (with attached exhibits), excerpts of the Examination Under Oath of Tomasz Mierzejewski dated November 1, 2001 and Local Rule 9(C) Statement.

For the foregoing reasons Nationwide respectfully requests that the Court enter summary judgment in its favor and against the plaintiff.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

_____
Michael Feldman, Esq.
 Federal ID ct06649
 Feldman & Hickey, LLC
 10 Waterside Drive, Suite 303
 Farmington, CT 06032
 (860) 677-0551
 (860) 677-1147 (fax)

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, via first class mail, postage prepaid, on this 28 day of September, 2005, to:

Timothy Brignole, Esq.
Juri Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

_____
Michael Feldman, Esq.

3