**FILED**

2005 SEP 29 P 12: 59

UNITED STATES DISTRICT COURT DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT BEPORT. CONN

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | : | CIVIL ACTION NO. 302CV752 (SRU) |
| V. | : | |
| NATIONWIDE MUTUAL FIRE | : | |
| INSURANCE COMPANY | : | SEPTEMBER 28, 2005 |

## LOCAL RULE 9(C) STATEMENT

There is no genuine issue of material fact as to the following:

(1)  That the plaintiff signed and submitted to Nationwide Mutual Fire Insurance Company ("Nationwide") a sworn statement in proof of loss dated October 4, 2001 attached to Meyers Aff. as Exhibit 2. (EUO Tr. Exh. 5).

(2)  That the plaintiff submitted a proof of loss attached to Meyers Aff. as Exhibit 3. (EUO Tr. 5A).

(3)  That Exhibit A to the sworn statement (Exhibit 3) (EUO Tr. Exhs. 5A and 5B, itemizes the total building damages as $269,173.00 including the following: (a) 36 doors ($7,920.00); (b) electricity ($18,000.00); (c) insulation ($6,000.00); (d) sheet rock ($13,750.00); (e) painting ($10,500.00); (f) trim ($4,500.00); and (g) outside elevation ($40,320.00)

(4)  That at the time of the loss the building was in a gutted condition subject to substantial renovation and that the items listed in the preceding paragraph were not present or damaged.  EUO Tr. at pp. 107-109.  Compare Exhibits 2 and 3 with Exhibits 4 and 5.

(5)  That the plaintiff signed an amended sworn statement in proof of loss dated November 13, 2001 attached to the Myers Aff. as Exhibit 4 (EUO Tr. Exhibit 8).

(6)  That the plaintiff executed an amended sworn proof of loss dated November 13, 2001 attached to the Meyers Aff. as Exhibit 5 (EUO Exhibit 8A, 8B and 8C).

(7) That the plaintiff signed and submitted to Nationwide a homeowner's application attached to the Affidavit of Charles Meyers as Exhibit 6.

(8) That the homeowner's application represents the plaintiff's address was 83 West Street, New Britain, Connecticut.

(9) That the plaintiff did not live at 83 West Street, New Britain, Connecticut at any time.

(10) That the homeowner's application represents that the property was: (a) "owner occupied"; (b) "currently occupied"; and (c) "no. of occupants 2."  Exhibit 6

(11) That the property was not: (a) owner occupied; (b) currently occupied; or (c) occupied by 2 individuals.  EUO Tr. at pp. 8-14.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

Michael Feldman, Esq.
 Federal ID ct06649
 Feldman & Hickey, LLC
 10 Waterside Drive, Suite 303
 Farmington, CT 06032
 (860) 677-0551
 (860) 677-1147 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, via first class mail, postage prepaid, on this 28 day of September, 2005, to:

Timothy Brignole, Esq.
Juri Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

Michael Feldman, Esq.