FILED

2005 OCT 12  A 11: 47

US DISTRICT COURT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendants | ) | October 7, 2005 |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO RESPOND TO DEFENDANT'S LOCAL RULE 9(C) [NOW LOCAL RULE 56(a)1] STATEMENT BY FILING A LOCAL RULE 56(a)2 STATEMENT

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, and Local Rule 7(b), the Plaintiff respectfully requests the Court consider this Motion for Extension of Time to enter an order for a further extension of sixty-one (61) days, from October 19, 2005, until and including December 19, 2005, for the Plaintiff to respond to Defendant's Motion for Summary Judgment dated September 28, 2005, (received by mail on September 29, 2005), and to Respond to Defendant's Local Rule 9(c) [now Local Rule 56(a)1] Statement by Filing a Local Rule 56(a)2 Statement. The Plaintiff requests this extension of time for the following reasons:

1. By way of an Electronic Endorsement Order dated July 8, 2005, Document No. 75 the Court has allowed until October 31, 2005, for the filing of dispositive motions.

1

Plaintiff's counsel needs to review the extensive file and numerous depositions in this case to prepare his opposition to Defendant's Motion for Summary Judgment and Local Rule 9(c) Statement and to determine whether any dispositive motions will be filed by Plaintiff.

2. Due to court schedules of Plaintiff's counsel in both the Superior and Appellate Courts, and a previously planned vacation in the second week of November, Plaintiff's counsel needs additional time consult with Plaintiff, review the extensive file in this case and prepare the necessary affidavits, documents, Local Rule 56(a)2 Statement and Memorandum of Law to oppose Defendant's Summary Judgment.

3. Plaintiff's counsel's previously scheduled Appellate Court commitments include the preparation and filing of Appellants' Briefs by November 7, 2005, in two consolidated Appeals from the complex litigation docket of the Superior Court in Waterbury. Said Appeals are <u>Mazurek v. Great American Insurance Co.</u>, A.C. 26397 and A.C. 26727.

4. By agreement of counsel two more depositions are scheduled in this case for October 12, 2005 and October 14, 2005.

5. A response to the Defendant's Motion for Summary Judgment dated September 28, 2005 would be due within 21 days or by October 19, 2005. For the above stated

2

reasons, this time limitation cannot reasonably be met despite the diligence of Plaintiff and Plaintiff's counsel.

6. The sixty-one day extension of time sought herein would extend the time to file the necessary response to the Defendant's Motion for Summary Judgment up to and including Monday, December 19, 2005.

7. This is the Plaintiff's First Motion for Extension of Time to respond to the Defendant's Motion for Summary Judgment.

8. **Plaintiff's counsel has communicated with Defendant's counsel, Attorney Michael Feldman, and Attorney Feldman has no objection to the granting of Plaintiff's Motion for Extension of Time.**

WHEREFORE, the Plaintiff respectfully requests that the deadline for the Plaintiff to respond to Defendant's Motion for Summary Judgment dated September 28, 2005, (received by mail on September 29, 2005), and to Respond to Defendant's Local Rule 9(c) [now Local Rule 56(a)1] Statement by Filing a Local Rule 56(a)2 Statement be extended an additional sixty-one (61) days, up to and including Monday, December 19, 2005.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE BUSH & LEWIS
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

3

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile and forwarded this 7th day of October, 2005, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Charles E. Hickey, Esq
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-1147 fax


Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051
(860) 826-3420
(860) 826-3397 fax

_____
Juri E. Taalman
Commissioner of the Superior Court

4