UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants | ) | October 28, 2005 |

**AFFIDAVIT OF TOMASZ MIERZEJEWSKI**

1. I am over the age of 18 years.

2. I understand and believe in the obligations of an oath.

3. This affidavit is made on my personal knowledge.

4. I was born in Poland on January 1, 1965.

5. I have lived in the United States since November, 1997.

6. I had a policy of fire insurance with the Defendant, Nationwide Mutual Fire Insurance Company ("Nationwide"), which was in full force and effect on and before July 8, 2001, which insured my premises and the contents thereof located at 83 West Street in New Britain, Connecticut against loss and damage by fire.

7. My building at 83 West Street was totally destroyed by fire on the night of July 7-8, 2001.

8. I am the beneficiary under the aforementioned policy of fire insurance issued by the Defendant Nationwide covering the premises and its contents located at 83 West Street, New Britain, Connecticut.

9. The fire that destroyed my premises is of unknown origin.

10. I did not set the fire which occurred at 83 West Street on or about July 8, 2001.

11. I did not direct or request anyone to set the fire which occurred at 83 West Street on or about July 8, 2001.

12. I do not know who, if anyone, set the fire that occurred at 83 West Street on or about July 8, 2001.

13. On the night of July 7-8, 2001, I was at the Continental Restaurant in Brooklyn, New York.

14. I left the restaurant when it closed at about 1 a.m on July 8, 2001, and drove to Connecticut, stopping at the first McDonald's restaurant rest stop off Interstate 95 about an hour later.

15. I went to sleep at the McDonald's restaurant rest stop when I arrived there, and did not leave the rest stop until after I had been notified by a call in the morning to my cell telephone by a New Britain Building Department official advising me that the premises at 83 West Street owned by me had burned in a fire.

16. I have never been arrested or charged by any authorities with respect to the fire that occurred at 83 West Street on or about July 8, 2001.

Under the penalties of perjury, the foregoing is true and correct to the best of my knowledge and belief.

_____
TOMASZ MIERZEJEWSKI

Subscribed and sworn to before me
this 28th day of October, 2005

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: