UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants | ) | October 28, 2005 |

**AFFIDAVIT OF BOZENA WYSOCKI**

1. I am over the age of 18 years.

2. I understand and believe in the obligations of an oath.

3. This affidavit is made on my personal knowledge.

4. I was born in Poland on July 25, 1975.

5. I have lived in the United States since August, 1999.

6. I am fluent in Polish and English and, consequently, am able fully and accurately to translate Polish into English and English into Polish. I am a graduate of the University of Bialystok in Poland.

7. I have fully and accurately translated documents and statements from English into Polish and Polish into English on many occasions for Polish persons who do not speak or understand English.

8. I am a graduate of Western New England College School of Law in Springfield Massachusetts and am awaiting the results of the Massachusetts bar examination

       which I took in July, 2005.

8. I was present when Tomasz Mierzejewski signed the Affidavit of Tomasz Mierzejewski dated October 28, 2005. ("Affidavit"), a copy of which is attached hereto as Exhibit A.

9. Before Tomasz Mierzejewski singed the Affidavit, I fully and accurately translated the statements contained in the Affidavit from English into Polish for Tomasz Mierzejewski.

10. Before signing the Affidavit, Tomasz Mierzejewski stated to me that he was over the age of 18 years, that he understood and believed in the obligations of an oath, that the Affidavit was made on his personal knowledge, that he understood and comprehended the Statements contained in the Affidavit as translated to him by me, that the Affidavit was true and correct to the best of his knowledge.

12. Having spoken with Tomasz Mierzejewski in Polish regarding the Affidavit and Oath, it is my opinion that Tomasz Mierzejewski understood and comprehended the contents of the Affidavit and the obligations and significance of the Oath he took regarding same.

Under the penalties of perjury, the foregoing is true and correct to the best of my knowledge and belief..


_____
BOZENA WYSOCKI

Subscribed and sworn to before me
this 28th day of October, 2005

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: _____

2