United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

11/2/05
Kevin F. Rowe, Clerk
By: _____
    Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

TOMASZ MIERZEJEWSKI         :   CIVIL ACTION NO. 302CV752 (SRU)
            Plaintiff       :
                            :
V.                          :
                            :
NATIONWIDE MUTUAL FIRE      :
INSURANCE COMPANY           :
                            :
            Defendant       :   NOVEMBER 1, 2005

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, and Local Rule 7(b), the Defendant respectfully requests the Court to allow until December 19, 2005, to respond to Plaintiff's Motion for Partial Summary Judgment and supporting documents dated October 28, 2005 ("Plaintiff's Motion"). The Defendant requests this extension of time for the following reasons:

1.  By way of Electronic Endorsement dated July 8, 2005, Document No. 75, the Court has allowed until October 31, 2005, for the filing of dispositive motions. Defendant's counsel needs to review the extensive file and numerous depositions in this case to prepare his opposition to Plaintiff's Motion and supporting documents.

2. Defendant filed a Summary Judgment Motion on September 28, 2005. Plaintiff moved for an extension through December 19, 2005 to file opposing papers. By extending defendant's time to December 19, 2005 papers in opposition to each parties' summary judgment motion will be due on the same date.

3. Defendant's counsel needs additonal time to consult with Defendant, review the extensive file in this case and prepare the necessary affidavits, documents, Local Rule 56(a)2 Statement and Memorandum of Law to oppose Plaintiff's Motion.

4. By agreement of counsel, one deposition needs to be completed and is scheduled for November 18, 2005.

5. A response to Plaintiff's Motion dated October 28, 2005 would be due within 21 days or by November 21, 2005. Defendant is seeking only 28 days beyond the time allowed by the Rules. In comparison Plaintiff requested a 61 day extension to respond to Defendant's Summary Judgment Motion.

2

6. This is Defendant's First Motion for Extension of Time to respond to the Plaintiff's Motion for Partial Summary Judgment.

7. Defendant's counsel has communicated with Plaintiff's counsel, Attorney Juri Taalman, and Attorney Taalman has no objection to the granting of Defendant's Motion for Extension of Time.

**WHEREFORE,** the Defendant respectfully requests that the deadline for the Defendant to respond to Plaintiff's Motion for Partial Summary Judgment dated October 28, 2005, be extended an additional 28 days, up to and including Monday, December 19, 2005.

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

_____
Michael Feldman, Esq.
Federal ID ct06649
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-0551
(860) 677-1147 (fax)

3

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, via first class mail, postage prepaid, on this 1st day of November, 2005, to:

Timothy Brignole, Esq.
Juri Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

_____
Michael Feldman, Esq.

4