FILED

2005 DEC 12 P 3: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | : | CIVIL ACTION NO. 302CV752 (SRU) |
| Plaintiff | : | |
| V. | : | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | : | |
| Defendant | : | DECEMBER 12 2005 |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, and Local Rule 7(b), the plaintiff and defendant respectfully request the Court to enter an order extending the time until January 16, 2006, for defendant to respond to Plaintiff's Motion for Partial Summary Judgment and supporting documents dated October 28, 2005 ("Plaintiff's Motion") and plaintiff to respond to defendant's Motion for Summary Judgment and supporting documents dated September 28, 2005 ("Defendant's Motion"). The parties request this extension of time for the following reasons:

1. The undersigned counsel for the plaintiff is in the process of preparing to file plaintiff's brief in the Connecticut Supreme Court case of David Prentice v. Dalco Electric, Inc. SC17444;

2. Due to personal reasons, plaintiff's counsel will be required to be out of state in mid-December;

3. The undersigned counsel for the defendant is in the process of a jury trial in the Superior Court for the Judicial District of Danbury;

4. Due to the foregoing and upcoming holiday schedules, the parties require additional time to prepare the briefs in opposition to summary judgment motions.

5. This is the second Motion for Extension of Time filed by each party to respond to the Summary Judgment motions.

6. The undersigned counsel for the parties have agreed to this joint motion and therefore consent to the granting of this motion.

**WHEREFORE,** the parties respectfully request that the deadline to respond to Summary Judgment motions dated September 28, 2005 and October 28, 2005, be

extended up to and including January 16, 2006.

PLAINTIFF, TOMASZ MIERCEJEWSKI

By _____
Juri E. Taalman, Esq.
Federal ID ct09377
Brignole Bush & Lewis
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
(860) 527-5929 (fax)


DEFENDANT, NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY

By _____
Michael Feldman, Esq.
Federal ID ct06649
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-0551
(860) 677-1147 (fax)

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, via first class mail, postage prepaid, on this 12th day of December, 2005, to:

Timothy Brignole, Esq.
Juri Taalman, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, CT 06051

_____
Michael Feldman, Esq.