FILED

2006 JAN 17 A 11: 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | JANUARY 16, 2006 |

## MOTION IN LIMINE

The defendant, Nationwide Mutual Fire Insurance Company ("**Nationwide**"), respectfully moves for an order prohibiting the introduction of evidence as to the absence of an arrest, indictment, criminal charges or conviction of the plaintiff on the grounds that such evidence is inadmissible, irrelevant and prejudicial. In support of this Motion Nationwide submits the attached Memorandum in support of Motion in Limine. In addition Nationwide respectfully requests that the parties and their counsel be ordered to inform witnesses that they may not discuss this subject in their testimony. Such evidence should be excluded in connection with the plaintiff's Summary Judgment Motion dated October 28, 2005 as well as at trial.

DEFENDANT, NATIONWIDE MUTUAL
FIRE INSURANCE COMPANY,

By /s/
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Ste. 303
Farmington, CT 06032
Its Attorney
Fed. Bar #ct 06649
(860) 677-0551

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on January 11, 2006, to the following:

Juri E. Taalman, Esq.
Timothy Brignole, Esq.
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106

Mary C. Pokorski, Esq.
Office of Corporation Counsel
City of New Britain
24 West Main Street
New Britain, CT 06051

_____
Michael Feldman

3