```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3   ---------------------------------x

 4   TOMASZ MIERZEJEWSKI,              :

 5                  Plaintiff          :

 6   VS.                               :CIVIL ACTION NO:

 7   NATIONWIDE MUTUAL FIRE INSURANCE  :3:02CV752(SRU)

 8   COMPANY,                          :

 9                  Defendant          :

10   ---------------------------------x

11                    APRIL 15, 2005

12                       VOLUME I

13        Deposition of TIMOTHY STEWART, taken pursuant to

14   the Federal Rules of Civil Procedure, held at the New

15   Britain Town Hall, 27 West Main Street, New Britain, CT,

16   before Elisa Ferraro, LSR, a Notary Public in and for the

17   State of Connecticut, License No. 233, on Friday, April

18   15, 2005 at 10:26 a.m.

19

20

21              A+ REPORTING SERVICES
                    P.O. Box 831
22              Wallingford, CT 06492
                   (203)269-9976
23

24
```

```
 1      Q    Even though Donald Boilard was also involved,
 2   you were the inspector of duty?
 3      A    The lead inspector.
 4      Q    The documentation provided by some of the other
 5   fire marshal's investigators, is that documentation in the
 6   form of all paperwork in your file?
 7      A    From others in our office.
 8      Q    Other than you and Inspector Boilard, right?
 9      A    No.
10      Q    So it provided no written documentation --
11      A    No.
12      Q    -- with respect to this investigation?
13      A    Everything with regard to written documentation
14   is within this file.
15      Q    Before we get into the investigation itself,
16   perhaps you can tell us of your education and experience
17   in investigating fires.  What formal training have you had
18   with respect to fire investigations?
19      A    As part of or training with the State of
20   Connecticut, fire inspectors have to undergo hundreds of
21   hours of training at the State Office of Education and
22   Data Management through the Office of the State Fire
23   Marshal.  There are three different modules of education
24   you have to pass in order to be deemed a fire inspector
```

1  and/or fire marshal.  They consist of fire code
2  inspections module which basically instructs you on the
3  Connecticut Fire Safety Code which is the life safety
4  code.  There's a hazardous materials section that
5  instructs you on various NFPA standards and their
6  applications through the fire marshal's office.  And a
7  fire investigation mode which teaches you NFPA 921 and all
8  aspects of fire investigation.
9      Q   This spectrum of education that you had, was
10 that taken in one block over a period of months or years?
11     A   It takes approximately ten months to complete.
12     Q   Was that done in classroom as well?
13     A   Yes.
14     Q   At the time you were taking these courses, what
15 was your position with the city of New Britain before you
16 were certified as a fire investigator?
17     A   I was a firefighter for the city.
18     Q   How long had you been a firefighter when you
19 started these courses?
20     A   Approximately 14 years.
21     Q   Can you tell me when you began your career as a
22 fireman with New Britain Fire Department?
23     A   It was July 14 of 1985.
24     Q   When did you begin your course of education that

1  led you to be certified as a fire investigator?

2      A    I believe it was in spring of 1999 -- it was
3  either spring of '99 or fall of '98. I believe there was
4  three cycles. You had three modules. You had one and a
5  break and another and a break and summer off and finished
6  in the fall.

7      Q    So each of the modules lasted about three
8  months?

9      A    Approximately. The fire code module is the
10 longest because that's the day-to-day responsibilities of
11 a fire marshal and fire inspector within the Office of the
12 Fire Marshal. There's fire code inspections and safety
13 inspections throughout the community.

14     Q    What led to your being chosen to this training
15 if that's what it was, or whether you decided to undergo
16 this training yourself?

17     A    There were two vacancies within the Office of
18 the Fire Marshal and the chief at that time asked for a
19 post and bid which is a process for the people applying
20 the position internally. And based on the vacancies that
21 were available and our personal qualifications, he had
22 selected myself and another inspector Ray Desi to attend
23 the fire marshal certification class.

24     Q    Where were these classes held?

```
 1       A    They were held in Middletown at the Office of
 2  State Fire Marshal, Country Club Road.
 3       Q    Were these classes put on by the State of
 4  Connecticut the state fire marshal's office?
 5       A    That's correct.
 6       Q    As a result of taking these courses and passing
 7  them, then you became certified as a fire inspector?
 8       A    Yes.
 9       Q    These courses are they generally restricted to
10  people from the fire departments or are there people who
11  come from other civilian walks of life who can take these
12  courses and be certified?
13       A    You have to be sponsored by a local agency to be
14  able to attend these classes, which means you have to be
15  affiliated with a fire department somewhere and/or the
16  State of Connecticut.
17       Q    Tell me briefly your formal education.
18       A    Went to local schools here in New Britain.
19  Graduated from New Britain High School in 1979.  Attended
20  the University of Hartford right thereafter.  Went to
21  University of Hartford for approximately two and a half
22  years full time.  And attended Central Connecticut State
23  University, University of Hartford part time.  I graduated
24  from the University of Hartford in 2003 with a bachelor's
```

```
 1  degree in electrical engineering.  And that's most of my
 2  formal education.
 3       Q   Thank you.  Subsequent to your becoming a fire
 4  investigator in the spring of 1999 up to the time that you
 5  ceased doing such investigations, how many investigations
 6  have you done altogether?
 7       A   I would say approximately a hundred.  I could go
 8  back and check because our files are generally labeled and
 9  I used to keep track of every investigation that we did
10  and its outcomes.
11       Q   These investigations were all in the city of New
12  Britain, I take it?
13       A   That's correct.
14       Q   So basically when you finished the course of
15  education in spring of 1999, you were still attached to
16  the fire marshal's office, not to the fire department but
17  to the fire marshal's office?
18       A   Which is a sub set of the fire department, yes.
19       Q   How many of these investigations and when was
20  the last time you conducted a fire investigation,
21  Mr. Mayor?
22           MS. POKORSKI:  If you remember.
23       A   I don't recall off the top of my head.  I'd have
24  to check the logbook to tell you exactly.
```

```
1       Q    Generally can you tell me when you ceased doing
2  the work you did, which was investigating fires?
3       A    It would have been in the fall of 2003.
4       Q    At which time you ran for the Office of Mayor
5  and became mayor?
6       A    That's correct.
7       Q    Of the hundred or so investigations that you've
8  had, how many of these involved cases of suspected arson?
9       A    Quite a few.
10      Q    How many would you say?
11      A    I don't know exactly.  I couldn't tell you.  I'd
12 have to get the logbook upstairs to go back and look.  In
13 our logbook as we investigate fires, we'll put cause or
14 status of the investigation.  And I could tell you exactly
15 if I had the book.
16      Q    Is this a logbook that you kept or a logbook
17 kept by the fire marshal's office?
18      A    It's kept by the fire marshal's office.
19      Q    Does this logbook have a name?
20      A    Fire investigation log.
21      Q    What does the log itself contain?  Is it sort of
22 a synopsis of the fires or does it also contain the
23 reports?
24      A    Date, time, address, cause, determination,
```