UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | JANUARY 16, 2006 |

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Nationwide Mutual Fire Insurance Company has moved for summary judgment on all counts claiming that there is no genuine issue of material fact and that the Defendant is entitled to summary judgment as a matter of law. Defendant claims that the Plaintiff allegedly made misrepresentations of material facts in his sworn proof of loss and application for insurance, which voids the policy.

The Defendant Objects herewith to the Plaintiff's Motion for Summary Judgment as being without merit. As set forth in his Memorandum of Law, attached hereto, Plaintiff maintains that genuine issues of material fact remain to be tried in this case and that the policy is not void since Plaintiff did not wilfully conceal or misrepresent any material facts with the intention of deceiving the Defendant insurer, either in the proofs of loss submitted to the Defendant or in the Application for Insurance prepared by

Defendant's insurance agent. Furthermore, the Defendant did not deny coverage within 45 days of the submission of the Plaintiff's Amended Proof of Loss and must now pay the loss. Finally, this case has been bifurcated and Defendant's motion for summary judgment can address only issues of coverage. Other claims made by the Plaintiff in other counts of the Complaint must be separately addressed and must await disposition of the question of coverage, including appeal of that issue.

    For the foregoing reasons, the Plaintiff Tomasz Mierzejewski requests that the Court DENY the Defendant's Motion for Summary Judgment and SUSTAIN Plaintiff's Objection thereto.

PLAINTIFF
TOMASZ MIERZEJEWSKI


_____/s/_____
Juri E. Taalman, Esq.
Federal ID ct 09377
Brignole, Bush & Lewis, LLC
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
(860) 527-5929 fax

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was sent by first class mail this 16th day of January, 2006, postage prepaid to the following counsel and all pro se parties of record:

Charles E. Hickey, Esq.
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, Connecticut 06032-3084
(860) 677-0551
(860) 677-1147 (fax)

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051

                                                    _____/s/_____
                                                    Juri E. Taalman, Esq.