A

## SWORN STATEMENT IN PROOF OF LOSS

Amount of Policy at time of loss: $  
Inception Date:  
Policyholder Name: Tomasz Mierzejewski  

Policy Number: 289328  
Expiration Date:  
Claim Number: 51 06 HO 289328 07072001 01  
Loss Location: 83 WEST ST    NEW  

BRITTOCT06051HARTFORD  
Agent: W KOZIURA  
To the: NATIONWIDE MUTUAL FIRE INSURANCE COMPANY  

At time of loss, by the above indicated policy of insurance you insured Tomasz Mierzejewski against loss by , to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. **Time and Origin:** A __Fire__ loss occurred about __p.m.__ on __7/7/01__.
   (time)    (date)
   The cause and origin of said loss were:
   A fire of unknown origin

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatever: multi-family dwelling being renovated with no tenants occupying

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was sole owner. No other person or persons had any interest therein or incumbencies except:
   InterBay Funding, LLC

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or changes of interest, use, occupancy, possession, or exposure of the property described, except: Correcting Deed recorded March 14, 2001

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of loss, $ 300,000 , as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Actual Cash Value of said property at the time of loss, (building only) — $ 200,000
7. The Whole Loss and Damage was (269,173 + 16,500 personal property) — $ 285,673
8. Less Amount of Deductible or Coinsurance Penalty — $
9. The Amount Claimed under the above numbered policy is replacement value — $ 285,673

The said loss did not originate by any act, design, or procurement on the part of your insured or its affiliates. Any other information that may be required will be furnished and considered a part of this proof.

In consideration of any payment made pursuant to this proof the undersigned hereby assigns and transfers to the Company named above and agrees that said Company is subrogated to each and all claims and demands against any persons, firms or corporations arising from or connected with such loss or damages to the extent of such payments. The undersigned agrees that he will assist the Company on the prosecution of such claims and will execute any and all papers necessary in effecting recovery.

The furnishing of this blank or the preparation of the above by a representative of the above insurance company is not a waiver of any rights.

SIGNATURE OF INSURED    SIGNATURE OF INSURED

On this __4th__ day of __Oct__, 20 __01__, Before me personally appeared __Tomaz Mierzejewski__ to me known to be the person .... described herein, and who executed the foregoing instrument and __He__ acknowledged that __He__ voluntarily executed the same.

My term expires _____ 20

NOTARY PUBLIC  
Commissioner of Superior Court

Case 3:02-cv-00752-SRU     Document 88-4     Filed 01/17/2006     Page 3 of 3

Page 3 of 3

## SCHEDULE "A" -- POLICY FORM

Policy Form No. __289328_____ Dated __1/29/01__

Item 1. $ __221,346_____ on __Dwelling_____
Item 2. $ __22,135_____ on __Other structures_____
Item 3. $ __77,471_____ on __Personal property_____
Item 4. $ __110,673_____ on __Loss of use_____

Situated: __83 West Street, New Britain, Connecticut_____

Coinsurance, Average, Distribution, or Deductible Clauses, if any

_____

Loss, if any, Payable to

__Tomasz Mierzejewski__

## SCHEDULE "B"
### STATEMENT OF ACTUAL CASH VALUE AND LOSS DAMAGE

|  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|
| Dwelling | 200,000.00 |  |
| Personal property | 16,500.00 |  |
| Dwelling replacement value |  | 269,173.00 |
| Totals: | 216,500.00 | 269,173.00 |

## SCHEDULE "C" – APPORTIONMENT

| POLICY NO. | EXPIRES | COMPANY NAME | ITEM NO. INSURES | ITEM NO. PAYS | ITEM NO. INSURES | ITEM NO. PAYS |
|---|---|---|---|---|---|---|
|  |  | N/A |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Totals: |  |  |  |  |  |  |