B

Page 2 of 3

## AMENDED SWORN STATEMENT IN PROOF OF LOSS

Amount of Policy at time of loss: $  
Inception Date:  
Policyholder Name: Tomasz Mierzejewski  

Policy Number: 289328  
Expiration Date:  
Claim Number: 51 06 HO 289328 07072001 01  
Loss Location: 83 WEST ST    NEW  

BRITTOCT06051HARTFORD  
Agent: W KOZIURA  
To the: NATIONWIDE MUTUAL FIRE INSURANCE COMPANY  

At time of loss, by the above indicated policy of insurance you insured Tomasz Mierzejewski against loss by , to the property described under Schedule "A", according to the terms and conditions of the said policy and all forms, endorsements, transfers, and assignments attached thereto.

1. Time and Origin: A __Fire__ loss occurred about __p.m.__ on __7/7/01__.  
   The cause and origin of said loss were: (time) (date)  
   __A fire of unknown origin__

2. Occupancy: The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatever: __multi-family dwelling being renovated with no tenants occupying__

3. Title and Interest: At the time of the loss the interest of your insured in the property described therein was __sole owner__. No other person or persons had any interest therein or incumbencies except:  
   __InterBay Funding, LLC__

4. Changes: Since the said policy was issued there has been no assignment thereof, or changes of interest, use, occupancy, possession, or exposure of the property described, except:  
   __Correcting Deed recorded March 14, 2001__

5. Total Insurance: The total amount of insurance upon the property described by this policy was, at the time of loss, $ __300,000__, as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance, written or oral, valid or invalid.

6. Actual Cash Value of said property at the time of loss, (building only)    $ __163,183.00__

7. The Whole Loss and Damage was (163,183 + 11,300 + 16,500)    $ __190,983.00__

8. Less Amount of Deductible or Coinsurance Penalty    $ _____

9. The Amount Claimed under the above numbered policy is    $ __190,983.00__

The said loss did not originate by any act, design, or procurement on the part of your insured or its affiliates. Any other information that may be required will be furnished and considered a part of this proof.

In consideration of any payment made pursuant to this proof the undersigned hereby assigns and transfers to the Company named above and agrees that said Company is subrogated to each and all claims and demands against any persons, firms or corporations arising from or connected with such loss or damages to the extent of such payments. The undersigned agrees that he will assist the Company on the prosecution of such claims and will execute any and all papers necessary in effecting recovery. The furnishing of this blank or the preparation of the above by a representative of the above insurance company is not a waiver of any rights.

_____    _____  
SIGNATURE OF INSURED    SIGNATURE OF INSURED

On this __13th__ day of __November__, __2001__. Before me personally appeared Tomasz Mierzejewski to me known to be the person .... described herein, and who executed the foregoing instrument and __he__ _____ acknowledged that __he__ _____ voluntarily executed the same.

PATRICIA L. EMOND  
NOTARY PUBLIC  
MY COMMISSION EXPIRES SEP. 30, 2002

EXHIBIT 8

AMENDED    SCHEDULE "A" -- POLICY FORM

Policy Form No.  289328                        Dated  1/29/01

Item 1.  $ 221,346        on  Dwelling
Item 2.  $ 22,135         on  Other structures
Item 3.  $ 77,471         on  Personal property
Item 4.  $ 110,673        on  Loss of use

Situated:  83 West Street, New Britain, Connecticut

Coinsurance, Average, Distribution, or Deductible Clauses, if any

Loss, if any, Payable to

Tomasz Mierzejewski

SCHEDULE "B"
STATEMENT OF ACTUAL CASH VALUE AND LOSS DAMAGE

|  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|
| Dwelling | 163,183.00 | 163,183.00 |
| Personal property | 16,500.00 | 16,500.00 |
| Clean Up After Fire and Water Cut Off |  | 11,300.00 |
|  |  |  |
|  |  |  |
| Totals: | 179,683.00 | 190,983.00 |

SCHEDULE "C" – APPORTIONMENT

| POLICY NO. | EXPIRES | COMPANY NAME | ITEM NO. INSURES | PAYS | ITEM NO. INSURES | PAYS |
|---|---|---|---|---|---|---|
|  |  | N/A |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Totals: |  |  |  |  |  |  |

AMENDED  SCHEDULE "A" -- POLICY FORM

Policy Form No. 289328                              Dated 1/29/01

Item 1. $ 221,346          on  Dwelling
Item 2. $  22,135          on  Other structures
Item 3. $  77,471          on  Personal property
Item 4. $ 110,673          on  Loss of use

Situated: 83 West Street, New Britain, Connecticut

Coinsurance, Average, Distribution, or Deductible Clauses, if any

Loss, if any, Payable to

Tomasz Mierzejewski

SCHEDULE "B"
STATEMENT OF ACTUAL CASH VALUE AND LOSS DAMAGE

|  | ACTUAL CASH VALUE | LOSS AND DAMAGE |
|---|---|---|
| Dwelling | 163,183.00 | 163,183.00 |
| Personal property | 16,500.00 | 16,500.00 |
| Clean Up After Fire and Water Cut Off |  | 11,300.00 |
|  |  |  |
|  |  |  |
| Totals: | 179,683.00 | 190,983.00 |

SCHEDULE "C" - APPORTIONMENT

| POLICY NO. | EXPIRES | COMPANY NAME | ITEM NO. INSURES | PAYS | ITEM NO. INSURES | PAYS |
|---|---|---|---|---|---|---|
|  |  | N/A |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Totals: |  |  |  |  |  |  |