C

**T AND U CONSTRUCTION**
100 BROAD ST, APT W4
NEW BRITAIN, CT 06053

1118

6-27-01 DATE

51-7010/2111
BRANCH 90

PAY TO THE
ORDER OF    Nationwide Ins

$ 917.70

Nine hundred seventeen and 70/100    DOLLARS

**WEBSTER BANK**

Webster Plaza, Waterbury, CT 06702

FOR

⑆211170101⑆10 0009174755⑈ 1118 ⑈000009770⑈

© HARLAND

