**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | January 20, 2006 |

**NOTICE OF MANUAL FILING**

Please take notice that Tomasz Mierzejewski has manually filed Exhibit D.

This document has not been filed electronically because:

[ ]   the document cannot be converted to an electronic format

[ ]   the elctronic file size of the document exceeds 1.5 mb

[ ]   The document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A]

[NOTE: DISK CONTAINING PDF VERSION OF SEALED OR EX PARTE DOCUMENT IS REQUIRED UNLESS DOCUMENT CANNOT BE CONVERTED TO PDF FORMAT, DOCUMENT IS LARGER THAN 1.5MB OR PARTY HAS BEEN EXCUSED FROM SUBMITTING DOCUMENT IN PDF FORMAT.]

[ ]   Plaintiff/Defendant is excused from electronically filing this document by court order.

The document has been manually served on all parties.

Respectfully submitted,

PLAINTIFF
TOMASZ MIERZEJEWSKI

_____/s/_____
Juri E. Taalman, Esq.
Federal ID ct 09377
Brignole, Bush & Lewis, LLC
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
(860) 527-5929 fax

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by first class mail this 20th day of January, 2006, postage prepaid to the following counsel and all pro se parties of record:

Charles E. Hickey, Esq.
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, Connecticut 06032-3084
(860) 677-0551
(860) 677-1147 (fax)

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051

/s/
Juri E. Taalman, Esq.