


10 Research Parkway * Wallingford, CT 06492-9716 * *

January 25, 2002

TOMASZ MIERZEJEWSKI
C/O BRIGNOLE & BUSH, LLC
76 WADSWORTH ST
HARTFORD CT  06106

**OUR INSURED :** Tomasz Mierzejewski
**OUR CLAIM NUMBER :** 51 06 HO 289328 07072001 01
**DATE OF ACCIDENT :** 07-07-2001
**LOSS LOCATION:** 83 West Street, New Britain CT

Dear Mr. Mierzejewski:

This letter will serve as formal notification that, after careful consideration, your claim for insurance proceeds on account of the above fire is respectfully denied, and your amended proofs of loss dated November 13, 2001, are rejected. This letter is written to you to explain Nationwide's reasons for denying your insurance claim and is not intended for publication to others.

Your Nationwide policy includes the following exclusions:

Exclusion #3: neglect of the insured to use all reasonable means to save and preserve property at and after the time of a loss, or when property is endangered by a covered peril;

Exclusion #6: any loss occurring while the hazard is increased by a means within the control or knowledge of an insured;

Exclusion #7: Intentional or criminal acts, meaning a loss resulting from an act committed by or at the direction of an insured that may reasonably be expected to result from such acts; or is the intended result from such acts. This exclusion applies only to the insured who committed or directed the act causing a loss.

Your Nationwide policy includes the following condition:

Condition #3: Concealment or fraud. We do not provide coverage for an insured who has by design concealed or misrepresented a material fact or circumstance relating to this insurance.

Nationwide denies your claim and rejects the proofs of loss on the following grounds which either individually or collectively require that your claim be denied:

0130 - 000703-01

EXHIBIT E



### I. Intentional Act

We have concluded that the fire was incendiary in origin and not accidental; that you had a substantial financial motive; that either you, or others on your behalf, had the opportunity to set the fire; and that you were intentionally responsible for the damage in that the fire was set by you, or at your direction, and as such, your claim falls within exclusion 3, 6 and 7.

### II. Misrepresentation/Concealment

We have concluded that you have made misrepresentations concerning your whereabouts on the night of the fire in both the recorded statement to Nationwide's investigator, and in your examinations under oath. Specifically, you represented to Nationwide that you were in Greenpoint, Brooklyn, New York, and other locations on route to Greenpoint, when in fact, our investigation including review of telephone records, shows that you were not in Greenpoint when you claimed to have been there.

We have also concluded that the sworn statement in proof of loss, dated October 22, 2001 and the amended statement in proof of loss dated November 13, 2001, contains misrepresentations in violation of policy condition #2, including : (1) claims for items which were not destroyed by the fire; and (2) representing that the loss did not originate by any act, design, or procurement on your part.

### III. Inadequate Proofs of Loss

Without waiving the foregoing, your proofs of loss must be rejected for the following additional reasons: (1) the proofs of loss seek replacement cost, even though you have not replaced the real or personal property; (2) we disagree with the amounts contained in the proofs of loss; (3) the personal property proof of loss seeks coverage for business personal property in excess of the policy limit of $500; and (4) the proofs of loss fail to include the deductible.

By specifying these grounds for denial, we do not intend to waive, but rather specifically reserve all of our rights, including other defenses which may be applicable to your insurance claim. Nothing contained herein is intended or should be construed as a waiver of Nationwide's rights. Nationwide reserves all of its rights and remedies.

If you have any further information that you believe will have a bearing on your claim, we urge you or your attorney to contact us to discuss it.

Very truly yours,



NATIONWIDE MUTUAL FIRE INSURANCE COMPANY
Charles Meyers
Claims Department
1-(800)700-9203  Ext. 7918

cc: Juri Taalman, Esq.

01JG - 000703-01

** TOTAL PAGE.04 **