Exh. II

## AMENDED SWORN PROOF OF LOSS

Mr. Charles Meyers
Nationwide Insurance
10 Research Parkway
Wallingford, Connecticut 06492-1930

Re: Insured            : Tomasz Mierzejewski
    Claim Number       : 51 06 HO 289328 07072001 01
    Policy Number      : 289328
    Date of Loss       : 7/7/01
    Loss Location      : 83 West Street, New Britain, CT 06051
    Agent              : W. Vic Koziura, Willard Avenue, Newington, CT
    Insurance Company  : Nationwide Mutual Fire Insurance Company
    Amount of Policy
    at Time of Loss    : Dwelling: $221,346
                         Personal Property: $77,471
    Term               : Inception: 1/29/01 Annual Policy

I, Tomasz Mierzejewski, declare and state:

1. I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2. In my original "Sworn Statement In Proof of Loss" dated October 4, 2001, and "Sworn Proof of Loss" dated October 19, 2001, I misunderstood the word "loss" to include replacement value for a new completed building. At the time of the loss, the building was incomplete and I have revised the figures to include only the loss and damage to the building and its contents as they existed before the fire.

3. This document has been read to me in both English and Polish, and I fully understand the contents of this document and represent that this document is my sworn proof of loss submitted to my insurance company, Nationwide Insurance Company, pursuant to Section I <u>Conditions</u>, Subsection 2.e., in accordance with the policy coverages and provisions.

   (1) <u>The time and cause of loss</u>. The date of loss was July 7, 2001 through July 8, 2001. The time of loss is undetermined and to the best of the knowledge and belief of this

1

insured, said loss occurred sometime in the p.m. of July 7, 2001. The cause of the loss was a fire of unknown origin which began either on the premises of 83 West Street or on the adjoining premises, and said fire fully engulfed the building located at 83 West Street, totally destroying the building and its contents. The insured is unaware of the cause of the loss other than a fire occurred at the property totally destroying the property and its contents.

(2)     Interest of the insured and all others in the property involved and all liens on the property. The property was owned by me, Tomasz Mierzejewski, as sole owner of the property. I received an undivided one-half interest from my ex-wife on March 14, 2001, which caused the title of the real estate to vest in my name solely. My original ownership interest is by deed from Webster Bank to myself and my wife, Urszula Szczepaniak, by Quit Claim Deed dated December 11, 1997. I purchased the property with cash. Thereafter, in May of 2001, I took out a construction loan with InterBay Funding, LLC, in the original amount of $70,000.00. Of that original construction loan, I only received $18,000.00 prior to the fire. I still have outstanding on my construction loan a sum of $52,000.00. The extent of the loan or mortgage which encumbers the property at 83 West Street is $18,000.00 on an open-ended line of credit for construction financing in the total amount of $70,000.00, but the loan is only in the amount of $18,000.00 based upon draws to date.

(3)     Other insurance that may cover the loss. At this time, the insured is unaware of any other insurance that may cover this loss.

(4)     Changes in title or occupancy of the property during the term of the policy. Originally, in 1997, the property was owned by the insured and Urszula Szczepaniak, however, pursuant to the divorce, I received my wife's one-half interest in the property. A correcting deed was filed on the land records on March 14, 2001, and recorded at Volume 1368, Page 895. As to occupancy of property, the property was under construction and renovation at the time of the loss and there were no tenants in the building.

(5) <u>Detailed estimates for repair of damage</u>. Attached is a schedule entitled "Estimate of Fire Loss -- Building" in the total amount of $174,483.00. This estimate itemizes each of the costs for repair of said damage. See attached Exhibit "A".

(6) <u>A list of damages personal property described in 2c</u>. Attached is a schedule entitled "List of Property Loss" in the amount of $16,500.00. See attached Exhibit "B".

(7) <u>Receipts for additional living expenses and records supporting the fair rental value loss</u>. The insured is not making a claim for additional living expenses.

(8) <u>Other claims</u>.

    a) Cost for demolition. The insured has paid in full the demolition cost and the removal of debris and rubble from the building site for a sum of $10,000.00. See the Site Work, Inc., Land Developers - General Contractors Residential Builders bill attached hereto as Exhibit "C".

    b) Cost for fill placed upon the site to cover the area cleaned. The insured has paid $425.00 for fill placed upon the site. See the Site Work, Inc., Land Developers - General Contractors Residential Builders bill attached hereto as Exhibit "D".

    c) The insured has paid a cost of $875.00 to the New Britain Board of Water Commissioners for the cut-off of service to 83 West Street. See the New Britain Board of Water Commissioners bill attached hereto as Exhibit "E".

The foregoing is true to the best of my knowledge and belief and I swear and affirm that all

3

information provided herein is accurate and truthful. Executed this 13th day of November, 2001, at Hartford, Connecticut.

_____
TOMASZ MIERZEJEWSKI

Subscribed and sworn to before me
this 13th day of November, 2001.

_____
Notary Public
My Commission Expires:

PATRICIA L. EMOND
NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 30, 2002

4



# T&U CONSTRUCTION

117 Grove Street  
New Britain, CT 06053

PHONE (860) 224-8065  
FAX    (860) 224-8062

## ESTIMATE OF FIRE LOSS -- BUILDING

| | |
|---|---:|
| EXCAVATION AND FOUNDATION PLUS MATERIALS | 20,000.00 |
| WOODEN CONSTRUCTION PLUS LABOR AND MATERIALS | 40,995.00 |
| BUILDING OF A CHIMNEY | 6,500.00 |
| COVERING OF THE ROOF AND THE MATERIALS | 5,000.00 |
| WINDOWS (50 PIECES) AND LABOR | 11,112.00 |
| PLUMBER | 20,000.00 |
| HEATING | 15,000.00 |
| INTERIOR STAIRS | 12,000.00 |
| EXTERIOR STAIRS | 1,200.00 |
| STAIRS TO THE BASEMENT | 1,200.00 |
| FLOORS | 22,176.00 |
| ENCLOSED FRONT PORCH WITH ROOF | 4,000.00 |
| ENCLOSED BACK PORCH WITH ROOF | 4,000.00 |
| | |
| SUBTOTAL | 163,183.00 |
| | |
| CLEAN UP OF HOUSE AFTER FIRE | 10,425.00 |
| CUT WATER SERVICE | 875.00 |
| | |
| TOTAL | $174,483.00 |

THE FINAL PRICE MAY DIFFER ABOUT 10% FROM THE ABOVE ESTIMATE.

Exhibit "A"



# List of Property Loss

83 West Street
New Britain, CT

| | | |
|---|---|---|
| - | 3 sets of kitchen cabinets | 7,500.00 |
| - | dryer for clothes | 500.00 |
| - | pump to the pool | 500.00 |
| - | power generator | 400.00 |
| - | table to read plans | 200.00 |
| - | building matterial (stucco, reimer) | 2,000.00 |
| - | garden tools: shovel, rake | |
| - | corking, floor glue | 300.00 |
| - | wood: 2x4, 2x6, 4x4 | 1,500.00 |
| - | kitchen dishes | 200.00 |
| - | building net (15 rolls) | 1,300.00 |
| - | isolation | 300.00 |
| - | refrigerator | 200.00 |
| - | pool ladder | 100.00 |
| - | mixers for stucco | 150.00 |
| - | building tools, etc | 300.00 |
| - | table, kitchen chairs | 300.00 |
| - | store shelves | 200.00 |
| - | gas bottle with a burner | 200.00 |
| - | building heat blower | 100.00 |
| - | building magnet to pick up matals | 250.00 |
| | TOTAL | $16,500.00 |

EXHIBIT "B"

# SITE WORK INC.
## LAND DEVELOPERS - GENERAL CONTRACTORS
## RESIDENTIAL BUILDERS

46 Smoke Rise Circle, Prospect, CT 06712
Tel Fax (203) 758-0818          Shop/Maintenance Office (203) 758-3406

_Statement_

October 10, 2001

T & U Construction
117 Grove St.
New Britain Ct. 06053

tel 860-224-8065
fax 860-224-8062

Statement # 1

Statement for work performed at 93 West Street New Britain CT.

| | | |
|---|---|---|
| Removal of debris and rubble from building demolitition | Payment due | $ 10,000.00 |
| Site Work Inc has received full payment for the above work as stipulated in our contract | Payment received | $ (10,000.00) |

Total Amount Due          $     -

Terms of payment: net upon receipt

new Britain 2nd prj #1

EXHIBIT "C"

# SITE WORK INC.
## LAND DEVELOPERS - GENERAL CONTRACTORS
## RESIDENTIAL BUILDERS

58 Smoke Rise Circle, Prospect, CT 06712
Tel/Fax (203) 758-0818       Shop/Maintenance Office (203) 758-3406

*Statement*

October 10, 2001

T & U Construction
117 Grove St
New Britain Ct. 06053

tel 860-224-8065
fax 860-224-8062

**Statement # 2**

Statement for work performed at 83 West Street New Britain CT.

| | | |
|---|---|---|
| Fill required to complete project | Payment due | $ 425.00 |

| | | |
|---|---|---|
| | Total Amount Due | $ 425.00 |

Terms of payment: net upon receipt

10/10/2001                EXHIBIT "D"                new Britain 2nd pr. #2

FROM : P000000000000000000    0000.000    PHONE NO. : 0 0 0 0 0    0 0 00    Oct. 10 2001    01:14PM

224-5042

**BOARD OF WATER COMM**
**CITY OF NEW BRITAIN**

No 4741

## REPORT OF CHARGES FOR MATERIAL AND LABOR

BILL TO __Podhale Travel & Services__
__117 Grove St.__
__New Britain, Ct. 06053__

DATE __Aug. 28, 2001__ 19__

| QUANTITY | DESCRIPTION OF CHARGES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Charge to Cut Service at 83 West St. Paid in Advance Ck#3099 dated 8/26/01. | | 375.00 |

PAID AUG 29

TOTAL DUE

PLEASE SEND REMITTANCE TO:
BOARD OF WATER COMMISSIONERS
1000 SHUTTLE MEADOW AVE.
NEW BRITAIN, CONN 06052

TOTAL     375.00

BILL SENT __Pd. in Advance__

4741

ORIGINAL

EXHIBIT "E"