Exh. III



**NATIONWIDE MUTUAL INSURANCE COMPANY**
**HOMEOWNERS INSURANCE APPLICATION**
(NOT TO BE CONSTRUED AS A VALID CONTRACT)

POLICY NUMBER: 51HO289-328    EFFECTIVE DATE 1-29-01
                              CONTINUOUS TERM

INSURED NAME & ADDRESS:                                    MORTGAGEE NAME & ADDRESS:
 TOMASZ MIERZEJEWSKI     PHONE # 860-983-8047               N/A
 83 WEST ST
 NEW BRITAIN             INSURED DOB 01/01/65
 CT    06053-0000

PROPERTY LOCATION:  SAME AS ABOVE

POLICY TYPE:  ELITE II                                          DEDUCTIBLE:   $500
COVERAGE     DWELLING      OTHER STRUC    PERS PROP    L.O.U.      PERS LIAB     MED PAY
LIMITS:      $162,200      $16,220        $56,770      $81,100     $300,000      $1,000

DWELLING     NO. OF FAMILIES 3    OWNER  OCCUPIED     SEASONAL N    SECONDARY N
CURRENTLY OCCUPIED Y     NO OF OCCUPANTS  2
CONSTR YR: 1929    CONSTRUCTION:  FRAME     DATE PURCH.:  1- 1   Y  APPROVED ROOF
WIRING:  60 +
NO.UNITS IN BLDG: 3    NO.UNITS BTWN FIREWALLS:
CENT HEAT    THERMOSTAT CONTROLLED               FUEL: ELEC-GAS-OIL
SUPP HEAT
CHIMNEY BUILT FROM GROUND OR APPROVED VENT:CEN Y SUP _    FLUE LINED:CEN Y SUP
OTHER STRUCTURES: NONE                                    DANGEROUS ANIMALS

HAS INSURED OR FAMILY MEMBER BEEN SUED, FILED BANKRUPTCY, HAD REPOSSESSION/
JUDGEMENT WITHIN THE LAST 5 YEARS? N

PAST LOSSES:  NONE

EXPLAIN ANY 'YES' AND 'OTHER' ANSWERS

I HAVE READ AND RECEIVED A COPY OF THE PRE-NOTIFICATION STATEMENT REQUIRED BY
THE FAIR CREDIT REPORTING ACT.
     I UNDERSTAND THAT ANY INFORMATION OBTAINED FROM THE REPORTS MAY BE
USED BY ANY COMPANY WITHIN THE NATIONWIDE GROUP FOR THE PURPOSE OF ISSUING AN
INSURANCE POLICY. I HEREBY DECLARE THAT THE FACTS STATED IN THE ABOVE APPLI-
CATION ARE TRUE AND REQUEST THE COMPANY TO ISSUE THE INSURANCE AND ANY RENEWAL
THEREOF IN RELIANCE THEREON.

*** REFER TO POLICY AND DECLARATIONS FOR COMPLETE COVERAGE INFORMATION. ***

PREMIUM         $673.00         1-29-01
AMT PAID        $673.00         DATE       MUST BE PERSONAL SIGNATURE OF APPLICANT
W. VIC KOZIURA                  1-29-01
CT AGENT #0002270               DATE             AGENT SIGNATURE