FILED

2006 JAN 23 P 12: 19

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants | ) | January 20, 2006 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, counsel for the Plaintiff and Defendant respectfully requests the Court enter an order extending the time up to and including February 17, 2006, in which counsel for Plaintiff may file a Reply Brief to Defendant's response to Plaintiff's Motion for Partial Summary Judgment and in which Defendant may file a Reply Brief to Plaintiff's response to Defendant's Motion for Summary Judgment. This is the first motion for extension of time regarding the filing of Reply Briefs. The parties represent that:

1. The responses of the Plaintiff and Defendant were filed on January 17, 2006, and attorneys for the parties need to review the same with their respective clients before preparing and filing the aforesaid Reply Briefs.

1

2. Counsel for the Plaintiff will be in Mexico from January 22, 2006 until January 31, 2006 and will be unable to confer with his client and complete his Reply Brief until he returns from his previously scheduled vacation.

3. Counsel for Defendant will be on vacation from February 6, 2006 until February 13, 2007.

4. The additional time is also needed to accommodate court commitments of counsel

**WHEREFORE**, the Plaintiff and the Defendant jointly and respectfully request an extension of time to file their respective Reply Briefs up to and including February 17, 2006.

| | |
|---|---|
| PLAINTIFF, Tomasz Mierzejewski | DEFENDANT, Nationwide Mutual Fire Insurance Company |
| BY _____ | BY _____ |
| Juri E. Taalman, Esq.<br>BRIGNOLE BUSH & LEWIS<br>73 Wadsworth Street<br>Hartford, Connecticut 06106<br>(860) 527-9973<br>ct 09377 | Michael Feldman, Esq.<br>FELDMAN & HICKEY, LLC<br>10 Waterside Drive, Suite 303<br>Farmington, CT 06032-3084<br>(860) 677-0551<br>ct 06649 |

2

### CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile and forwarded this 20th day of January, 2006, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Charles E. Hickey, Esq
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-1147 fax


Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051
(860) 826-3420
(860) 826-3397 fax

Juri E. Taalman
Commissioner of the Superior Court

3