UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 JAN 24 P 1: 17

US DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | |
| | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendants | ) | January 20, 2006 |

## MOTION FOR EXTENSION OF TIME TO OBJECT AND TO FILE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

Pursuant to Rules 6(b) and (e) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests the Court enter an order extending the time up to and including February 17, 2006, in which Plaintiff may file an Objection and Memorandum of Law in Opposition to Defendant's Motion in Limine filed January 17, 2006. This is the first Motion for Extension of Time with respect to Defendant's Motion in Limine. Plaintiff represents that:

1. Defendant's Motion in Limine, together with a Memorandum of Law, was filed with the Court on January 17, 2006.

2. Counsel for the Plaintiff will be in Mexico from January 22, 2006 until January 31, 2006 and will need additional time thereafter to complete his reseach and to prepare his Objection and Memorandum of Law in opposition to Defendant's Motion in Limine.

3. The additional time is also needed due to pending court commitments of Plaintiff's counsel upon his return from Mexico.

4. The undersigned Plaintiff's counsel has telephoned counsel for the Defendant, Michael Feldman, Esq., who stated that he has no objection to the granting of this Motion for Extension of Time.

**WHEREFORE**, the Plaintiff respectfully requests an extension of time to file his Objection and Memorandum of Law in Opposition to Defendant's Motion in Limine up to and including February 17, 2006.

PLAINTIFF, Tomasz Mierzejewski

BY _____
Juri E. Taalman, Esq.
BRIGNOLE & BUSH, LLC
73 Wadsworth Street
Hartford, Connecticut 06106
(860) 527-9973
ct 09377

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile and forwarded this 20th day of January, 2006, by first class mail, postage prepaid, to the following counsel and all pro se parties of record:

Michael Feldman, Esq.
Charles E. Hickey, Esq
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, CT 06032
(860) 677-1147 fax


Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051
(860) 826-3420
(860) 826-3397 fax

Juri E. Taalman
Commissioner of the Superior Court