UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendant | ) | January 20, 2006 |

## MOTION FOR PERMISSION TO ELECTRONIC FILE

The Plaintiff, Tomasz Mierzejewski, in the above-captioned matter hereby requests permission from this Court to allow the parties to electronically file in this matter

PLAINTIFF
TOMASZ MIERZEJEWSKI

Juri E. Taalman, Esq.
Federal ID ct 09377
Brignole, Bush & Lewis, LLC
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
(860) 527-5929 fax

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by first class mail this 20th day of January, 2006, postage prepaid to the following counsel and all pro se parties of record:

Charles E. Hickey, Esq.
Michael Feldman, Esq.
Feldman & Hickey, LLC
10 Waterside Drive, Suite 303
Farmington, Connecticut 06032-3084
(860) 677-0551
(860) 677-1147 (fax)

Mary C. Pokorski, Esq.
City of New Britain
Office of Corporation Counsel
27 West Main Street
New Britain, Connecticut 06051

Juri E. Taalman, Esq.