## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| | ) | |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONWIDE MUTUAL FIRE | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| Defendants | ) | February 13, 2006 |

### AFFIDAVIT OF MICHAEL J. DRISCOLL

Michael J. Driscoll being duly sworn, depose and says:

1.    I am over the age of eighteen (18) years.

2.    I understand and believe in the obligations of an oath.

3.    This affidavit is based on my personal knowledge.

4.    I was retained by the Plaintiff, Tomasz Mierzejewski ("Plaintiff) to investigate the cause and origin of a fire that occurred on July 7-8, 2001 at 83 West Street, New Britain, Connecticut.

5.    I am a certified fire and explosion investigator and had investigated hundreds of fires prior to the aforementioned fire at 83 West Street in New Britain. I have had extensive training and experience in determining the cause and origin of fires.

6.    I am an employee of New England Fire Cause & Origin.

7.    As a result of my investigation of the fire at 83 West Street, New Britain, Connecticut, I concluded that various ignition sources such as carelessly discarded smoking materials, improper use of fireworks and intentionally set fire on the exterior or interior side of the building could not be eliminated as potential ignition sources for this fire. The reasons for my conclusions are set forth in my report dated October 17, 2001, attached hereto as Exhibit A.

EXHIBIT 1

8.    Among the reasons for my conclusion that the aforementioned various potential ignition sources for the fire could not be eliminated was the condition of the building at the time of the fire. With the exception of the third floor level, which was covered with plaster and lathe, the remaining portions of the building contained no interior finishes to the walls and ceilings , which were completely open at the time of the fire, since the building was undergoing renovations. The lack of interior finishes, in my opinion, contributed to the rapid spread and intensity of the fire.

9.    As part of my investigation, I interviewed the investigator of the city of New Britain Fire Department, Timothy Stewart, on March 24, 2003, who advised me that on the basis of the information provided to him, including the report of Ron Mullen, the investigator for Nationwide, the cause of the fire remained undetermined.

10.   Subsequently, in April 2005, at the request of Plaintiff's attorneys I conducted a further review of materials related to the fire loss, which included a review of the New Britain Police Department file, the New Britain Fire Marshal's Office file, the Nationwide Insurance Company file, the transcript of investigator Mullen's deposition, and the deposition transcripts of Jacek Szkup, Renata Bodziak Mierzejewski, Andrzei Bakaj, Bogdan Krolik and Czeslaw Gryczewski. Thereafter I submitted a supplemental report dated April 11, 2005, a copy of which is attached hereto as Exhibit B.

11.   As a result of the examination of the above listed files and transcription records and based on the information previously available to me, I concluded that the fire originated at the southeast left rear of the building, but I was unable to determine whether the fire originated on the exterior side of the building or on the unfinished interior side.

12.   I also concluded that the ignition source for this fire is undetermined and that the first material ignited is undetermined. I further concluded that the event that caused the union of the ignition source and the first material ignited is also undetermined.

13.   There is no mention in investigator Ron Mullen's deposition or in his report of any indication of the presence of irregular patterns consistent with the application of and subsequent ignition of an ignitable liquid.

14.   The intensity and rapid spread of the fire can be attributed to the fact that the subject building was unfinished and not compartmentalized.

15.   A squatter or trespasser intentionally or unintentionally igniting this fire could not be eliminated as a cause of this fire. The careless use of

fireworks could also not be eliminated as a source for this fire.

16.    Additional conclusions regarding the content of the documents I examined are also set forth in my report of April 11, 2005, attached as Exhibit B.

Michael V. Driscoll

Subscribed and sworn to before me this ___13___ day of February, 2006.

Notary Public
Commissioner of the Superior Court
My Commission Expires _3/31/2010_