Insured:   Tomasz Mierzejewski
File No.:  7263-000246

1

**ASSIGNMENT:**

Received from: Attorney Juri Taalman of Brignole and Bush, LLC

Instructions: Conduct a review of documents and investigate the origin and cause of fire that occurred on July 8, 2001

| | | | |
|---|---|---|---|
| Received on: | Friday | March 21, 2003 | 10:00 a.m. |
| Commenced on: | Friday | March 21, 2003 | 3:00 p.m. |
| Completed on: | Friday | April 11, 2003 | 10:00 a.m. |

**RISK:**

The insured is identified as Tomasz Mierzejewski.

The risk is identified as the structure and contents.

The insured is the property owner.

**ORIGIN AND CAUSE SUMMARY:**

Following the examination of the New Britain Fire Department scene photographs, and based on the information currently available to me including the New Britain Fire Department Fire Investigation Report dated September 13, 2001, and the Defendant's Initial Disclosure, it is my opinion this fire originated at the southeast, left rear, area of this building. The building was partially collapsed at the time of the fire department's arrival and a specific determination of the fire origin was not identified at the time of the New Britain Fire Department scene examination.

From the origin area, the fire incurred extensive fire damage throughout the structure and extended to six adjacent buildings and three adjacent parked vehicles prior to being contained and controlled by the New Britain Fire Department.

The ignition source for this fire is undetermined. In a report dated September 13, 2001, Fire Investigator Timothy Stewart of the New Britain Fire Department indicated that the cause of this fire is undetermined. Stewart has generated no additional reports concerning this fire as of the time of my interview with him on March 24, 2003.

The first material ignited is undetermined.

The event that caused the union of the ignition source and the first material ignited is undetermined.

Based on the information currently available, I am unable to conclusively determine a cause for this fire.

_EXHIBIT_A__

Insured:   Tomasz Mierzejewski
File No.:  7263-000246

2

## PROPERTY OVERVIEW:

Approximate: Age-Yrs: 70           Stories: 3

### Construction Overview:

The building is a three-story, residential building located at 83 West Street, New Britain, Connecticut, that was in a state of renovation at the time of this fire. The building was not occupied by the insured or any tenant at the time. The building was constructed of wood framing with an exterior covered by wood siding. The building had a pitched room that was covered with composite material shingles and had a full basement.

The interior of the building contained no interior finishes of the walls and ceilings on the first and second floor levels. The ceiling of the third floor level contained the original plaster and lathe ceiling finish at the time of this fire. In essence, there were no separated spaces within the interior of this building, and this would allow for a rapid extension of a fire throughout the building.

### Outbuildings / Exposures:

Six buildings including those located at 85 West Street, 76 West Street, 82 West Street, 95 West Street, 104 West Street, and the police sub-station trailer located at the corner of West Street and Oak Street all sustained damage as a result of exposure to the extending fire. The two-family house located to the east side of the building of origin sustained severe fire and heat damage to the interior and exterior sides as did the police sub-station located to the west side of the building. In addition, three vehicles sustained fire and heat damage as a result of exposure to the extending fire.

### Utilities (Electric / Gas):

Overhead electrical wires were not connected to the building at the time of fire discovery, according to Investigator Timothy Stewart of the New Britain Fire Department. No electrical meters were identified in the basement level of the building at the time of the New Britain Fire Department scene examination. The meter housing assemblies were identified within the fire debris.

### Climate Control:

No heating or air-conditioning system was in use at the time of this fire. A heating system was partially installed in the basement level at the time of this fire.

### Alarm System:

No intrusion or fire alarm system was installed in this building.

Insured:   Tomasz Mierzejewski  
File No.:  7263-000246

3

## FIRE DEPARTMENT:

The New Britain Fire Department responded to this incident from a station located within one mile of this scene. This department is a career department.

This information was received from an interview of Fire Investigator Timothy Stewart of the New Britain Fire Department and information from their report.

The incident was received from Patrol Officer Raynis, Jr., who noticed smoke in the area of Oak Street. Further, multiple 911 calls were received at the New Britain Fire Department dispatch center reporting a fire at the intersection of Oak and West Streets.

The alarm was received and dispatched at 2:41 a.m. and the first fire unit arrived at 2:45 a.m.

The first fire units reported a three-story building located at 83 West Street to be fully engulfed in flames. Additionally, Rescue 1 company members found a vehicle parked toward the rear of 85 West Street between 83 and 85 West Street to be fully engulfed in flames. This vehicle would have been to the left rear or southeast corner of 83 West Street. Fire was extending to the rear side of the two-family house at 85 West Street and also involved the police sub-station trailer to the west side of 83 West Street. A second alarm was dispatched and crews evacuated several adjacent buildings that were exposed to the extending fire. The building at 83 West Street collapsed into the basement shortly after the arrival of the first fire units.

Municipal fire hydrants were used throughout the area by the fire department to contain this fire.

The three-story building located at 83 West Street was not entered by fire department personnel due to the extent of the fire involvement.

No occupants of 83 West Street were present at the scene, according to fire fighters.

Following completion of fire suppression, Investigator Timothy Stewart and members of fire investigation team investigated this incident.. The origin of this fire was identified to be in the southeast corner of the building located at 83 West Street. The cause of the fire has not been determined.

Two evidence samples were taken from the property one from each the front and rear entry areas of the first floor and were subsequently submitted to the State Forensic Laboratory for accelerant analysis. According to Investigator Stewart, the sample results indicated the presence of a medium boiling range petroleum distillate. Investigator Stewart did not indicate the reason for taking the samples from these locations and did not indicate in his report the presence of burn patterns that are consistent with the application and ignition of an ignitable liquid.

Insured:     Tomasz Mierzejewski
File No.:    7263-000246

4

**PERSON DISCOVERING / REPORTING INCIDENT:**

In a report written by Officer Matthew Cashman of the New Britain Police Department, it is indicated that Officer Raynis, Jr. reported seeing smoke coming from the Oak Street area. Officer Cashman responded to the area and arrived behind Officer Burrus of the New Britain Police Department. The fire involved the building located at 83 West Street, a vehicle parked to the rear of 85 West Street, the building at 85 West Street, and the police sub-station when Officer Cashman arrived.

Officer Cashman assisted other officers in the evacuation of residents of the exposed buildings. Officer Cashman and the other police officers then secured the area for the fire department personnel. Officer Cashman noted at the end of his report that Officer Raynis reported that he drove by 85 West Street, 83 West Street, and the Oak Street sub station at approximately 2:04 a.m. and did not see anything unusual.

**INTERVIEW - (1):**

I interviewed Investigator Timothy Stewart of the New Britain Fire Department in his office on March 24, 2003. Investigator Stewart stated that he was called to the fire scene at approximately 3:08 a.m. and arrived on scene at approximately 3:30 a.m. He stated that he identified a three-story building located at 83 West Street to be the building of fire origin. He stated that the owner of the building was contacted through the building inspector's office and arrived on scene at approximately 8:30 a.m. Investigator Stewart stated that he requested insurance and mortgage information on the building from the insured, Tomasz Mierzejewski, and that he left the scene and returned some time later with the information.

Investigator Stewart stated that he began his scene examination immediately on his arrival and began by taking a video of the fire scene. He stated that 83 West Street was completely collapsed and a total of six buildings and three vehicles were damaged by this fire. He stated that he utilized a crane from Bristol Crane to assist with the demolition and his fire scene examination.

Investigator Stewart stated that in addition to members of his team, he requested and received assistance from Detective Julio Fernandez of the Office of State Fire Marshal and his accelerant detection canine. Investigator Stewart stated that the accelerant detection canine did not alert to the presence of an accelerant in the area examined.

Investigator Stewart stated that he used the overhead crane to assist in his examination of the fire scene. He stated that he identified no electrical meters installed within the building and that all indications are that there was no power supplied to the building. He stated that he identified the area of fire origin to be in the southeast, rear left, corner of the building. He stated that he determined this based on the amount of fire damage, fire patterns, and an examination of the scene from the fire department aerial ladder.

Investigator Stewart stated that Investigator Ron Mullen of Engineering Forensic Engineering representing Nationwide Insurance, who insured the building at 83 West Street, and Investigator Robert Nattrass of Acacia Investigations representing the insurer of an exposed property conducted an investigation of this incident. He stated that he received a copy of Investigator Mullen's report but could not share that information based on a ruling by the town attorney.

Investigator Stewart stated that the cause of this fire is undetermined. He stated that the police department is continuing an investigation of this incident and based on the information currently provided to him, the cause of this fire remains undetermined.

Insured: Tomasz Mierzejewski  
File No.: 7263-000246

6

### SCENE EXAMINATION:

| | | | | |
|---|---|---|---|---|
| Date Commenced: | Monday | March 25, 2003 | 2:00 p.m. | |
| Date Completed: | Monday | March 25, 2003 | 2:30 p.m. | |

Safety survey: No issues were identified.

Weather conditions: The weather was clear with temperatures in the thirties at the time of my examination.

Individual(s) Present: No one else was present at the time of my examination.

Previous Alterations: The entire fire scene and building listed as the building of fire origin located at 83 West Street had been completely removed and replaced with soil. The building located to the east side of this vacant lot, 85 West Street, was completely repaired and renovated. A police sub-station building was constructed to the west side of the lot.

Special Equip Req'd: No special equipment was required for the scene examination.

Access Authority By: No access was required.

Photos taken? Yes  
Field Diagram prepared? No

### EXTERIOR OBSERVATIONS:

No fire scene remained at the time of my examination on March 24, 2003. My observations and opinions are based on the fire report dated September 13, 2001, that was authored by Investigator Stewart, an interview with Investigator Stewart, and an examination of his fire scene photographs.

The front elevation of the structure faces north. The front side of 83 West Street was completely collapsed.

The left elevation of the structure faces east and is adjacent to 85 West Street. This side of the house was completely collapsed and the rear left corner sustained the greatest amount of fire damage. A photograph taken from a fire department aerial ladder shows a fire pattern extending to the rear and left side of the house at 85 West Street moving downward toward ground level in the direction of the house at 83 West Street. The vehicle parked between both buildings was not readily visible in the photographs.

The rear of the structure faces south. This side of the structure was completely collapsed.

The right elevation of the structure faces west. This side of the structure was completely collapsed. The remains of the sub-station trailer were visible to the west side of the structure at 83 West Street.

The roof of the structure was completely collapsed and mostly consumed in the progression of this fire.

Insured: Tomasz Mierzejewski
File No.: 7263-000246

7

### SECURITY ISSUES (at time of incident):

A determination of the security of the building at the time of this fire was not made by local investigators due to the amount of fire damages.

### INTERIOR OBSERVATIONS:

An examination of the interior construction was not possible by the local investigators due to the collapse and fire damage. An overhead crane was used to remove the remaining portions of the building for examination purposes.

The interior of the building was constructed of wood framing. With the exception of the ceiling of the third floor level, which was covered with plaster and lathe, the remaining portions of the building contained no interior finishes to the walls and ceilings. The walls and ceilings were completely open at the time of this fire, as the building was undergoing renovations. The lack of interior finishes contributed to the rapid spread and intensity of this fire.

### AREA OF ORIGIN:

The specific point of fire origin has not been determined. Following the examination of the New Britain Fire Department scene photographs, and based on the information currently available, it is my opinion this fire originated at the southeast, left rear, area of this building. The vehicle parked at the rear side of 85 West Street and to the southeast side of 83 West Street sustained severe internal and external fire damage, according to Investigator Stewart. This vehicle was parked between both buildings and was fully involved in flames at the time of the fire department's arrival. This is the only vehicle documented to be involved in flames at the time of the fire department's arrival. No documentation on an examination of this vehicle during the scene investigation has been identified.

The fire damage to the buildings located to either side of 83 West Street indicate that they were damaged as a result of exposure to the extending fire from the rear and left side of this building. Additionally, two vehicles parked at 82 West Street were identified to have sustained damage as a result of exposure to this fire.

### Electrical Distribution System:

No electrical power supply was connected to the building at the time of this fire incident.

### Fixed Electrical Appliances:

No fixed or portable electrical appliances were operating at the time of this fire.

### Gas / Alternative Fuel Appliances:

A gasoline powered generated was reported to be within the building at the time of this fire. No remains of this generator were identified by Investigator Stewart.

### Ignition Sources that could not be eliminated:

As the specific point of fire origin was not identified and based on the information currently available to me, various ignition sources such as carelessly discarded smoking materials, improper usage of fireworks, and intentionally set fire on the exterior or interior side of this building could not be eliminated as potential ignition sources for this fire.

Insured: Tomasz Mierzejewski  
File No.: 7263-000246

8

**FILE STATUS:**

At the present time, and with no further investigation immediately anticipated, this file is being closed. Should future circumstance warrant, this file can be easily reopened to allow for additional investigation.

If you have any questions or require further assistance, please contact me at the number listed below.

Respectfully,

*[signature]*

Michael J. Driscoll  
Certified Fire & Explosion Investigator  
Seymour, Connecticut  
(203) 888-5384

Cf: John Pflanz  
   Northeast Regional Manager  
   (888) 800-3605

(Address all correspondence concerning this file to the following address. Please include the CIS file number.)  
Crawford Investigation Services  
National Operations Center  
285 W. Esplanade Ave., Suite 300  
Kenner, LA 70065

Insured:   Tomasz Mierzejewski                                                                                           1
File No.:  7263-000246

### INVESTIGATION ACTIVITY SUMMARY:

At the request of Attorney Taalman, I conducted a review of materials related to this fire loss, which included the New Britain Police Department file, the New Britain Fire Marshal's Office file, the Nationwide Insurance Company file, the transcript of Investigator Mullen's deposition, and the deposition transcripts of Jacek Szkup, Renata Bodziak Mierzejewski, Andrzej Bakaj, Bogdan Krolik, and Czeslaw Gryczewski.

### ORIGIN & CAUSE SYNOPSIS:

Following the examination of the above-listed files and transcription reports and based on the information currently available to me, it is my opinion that this fire originated at the southeast, left rear, area of this building. I am not able to conclusively determine whether this fire originated on the exterior side of the building or on the unfinished interior side.

The ignition source for this fire is undetermined. According to the New Britain Fire Marshal's file, the local fire investigator, Timothy Stewart, has not changed the status of the cause determination from undetermined.

The first material ignited is undetermined.

The event that caused the union of the ignition source and the first material ignited is undetermined. A squatter or trespasser intentionally or non-intentionally igniting this fire could not be eliminated as a cause for this fire. The careless use of fireworks could not be eliminated as an ignition source for this fire.

Based on the information currently available, I am unable to conclusively determine a cause for this fire.

### FILE REVIEW:

#### New Britain Police Department:

In my review of the New Britain Police Department investigation file related to this fire loss, a December 31, 2003, report indicated that an anonymous tip was received that indicated that **Edson Irizarry** of New Britain, Connecticut, was involved in setting this fire. The report indicated that Irizarry was incarcerated that the time of the report but was not incarcerated on the date of this fire.

A New Britain Police Department report dated May 19, 2004, indicated that investigators made contact with Irizarry and conducted an interview with him in which he denies any involvement in this fire. Irizarry indicated to the local investigators that he would submit to a polygraph examination.

The last report included in the New Britain Police Department file is dated May 19, 2004 and there is no indication that a polygraph examination was ever scheduled for Irizarry.

#### New Britain Fire Marshal's Office File:

I reviewed the New Britain Fire Marshal's Office file that indicated that two samples were submitted to the State Forensic Laboratory for analysis. A laboratory report concerning the analysis of these samples was generated by the State of Connecticut Department of Public Safety Forensic Laboratory that indicated that Samples 1 and 2 contained the presence of medium boiling range organic compounds. No specific organic compound is listed in the state report.

No petroleum distillates such as diesel fuel or kerosene were listed in the state laboratory report.

EXHIBIT B

Insured: Tomasz Mierzejewski  
File No.: 7263-000246

2

My review of this file confirmed that an overhead crane was used to move fire debris from its original position to other areas immediately adjacent to the building.

I reviewed a video included in this file showing an accelerant detection canine at the fire scene. This accelerant detection canine alerted to a substance that was placed on the ground adjacent to a fence by the canine handler. At no other time during this video did the canine alert. An alert by the canine is identified when the canine sits and points to a location where the presence of an ignitable liquid may be present.

### Investigator Ronald Mullen's Deposition of March 23, 2004:

I reviewed the transcription of Investigator Mullen's deposition. In the transcript Investigator Mullen clarifies his identification of the area of fire origin to be the southeast corner area of the building. Investigator Mullen indicates that a quantity of an ignitable material was used throughout the building and that he determined the fire cause to be intentional. There is no mention in this deposition or in Mullen's report of any indication of the presence of irregular patterns consistent with the application of and subsequent ignition of an ignitable liquid.

Investigator Mullen indicated that the scene altering that occurred during the local fire suppression and investigative activities did not impact his investigation. The use of heavy equipment moved the remaining fire debris and building components from their original location to other areas of the property and the adjacent property. The movement of the fire scene remains does impact a fire investigation.

Investigator Mullen also indicates that he made his determination based on, amongst other things, the fast, intense spread of the fire. This building interior was not finished and contained wood studded walls and ceilings that were not finished with drywall. An unfinished building that is not compartmentalized will burn differently and in a quicker fashion than one that is.

### Nationwide Insurance File:

I reviewed the contents of the Nationwide Insurance Company file related to this fire loss. It appears that an original insurance policy was issued for this property in the coverage amount of $162,200. It further appears in a memo from the underwriter to the insurance agent on March 20, 2001, that the underwriter requested an increase in the coverage amount to cover the replacement costs of the hardwood floors. The insurance coverage for the building was increased to $221,000.

### Jacek Szkup Deposition:

I reviewed the transcript of the Jacek Szkup deposition and within the material reviewed, Szkup indicated that someone slept under the stairs and that there were cigarette butts present there. He further indicated that he saw two people stick their heads out of the building windows approximately two days prior to the plumbers finishing work.

A squatter or someone trespassing within the building intentionally or non-intentionally igniting this fire could not be eliminated.

### Czeslaw Gryczewski Deposition:

I reviewed the transcript of the Czeslaw Gryczewski deposition and within the material reviewed, Gryczewski indicated that it appeared that someone was sleeping in the basement and that there were cigarette butts present there. He further indicated that fireworks were being used in all directions on and before July 4, 2001, and that they hit the roof and walls of the building.

This also provided evidence that a squatter or squatters were using the property and a trespasser intentionally or non-intentionally igniting this fire could not be eliminated. Further, careless use of

Insured: Tomasz Mierzejewski
File No.: 7263-000246

3

fireworks have been known to cause building fires and such use in this case could not be eliminated as an ignition source for this fire.

## FILE STATUS:

At the present time and with no further investigation immediately anticipated, this file is being closed. Should future circumstances warrant, this file can be easily reopened to allow for additional investigation.

If you have any questions or require further assistance, please contact me at the number listed below.

**Respectfully,**

Michael J. Driscoll
Certified Fire & Explosion Investigator
Seymour, Connecticut
(203) 888-5384

cf: Robert Buckley
Northeast Regional Manager
(888) 800-3605

(Address all correspondence concerning this file to the following address. Please include the CIS file number.)
Crawford Investigation Services, Inc.
National Operations Center
285 W. Esplanade Ave., Suite 200
Kenner, LA 70065