## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOMASZ MIERZEJEWSKI | : |
| | : |
| v. | : Civil Action No. |
| | : 3:02cv752 (SRU) |
| NATIONWIDE MUTUAL FIRE INS., ET AL. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge

____    A ruling on all pretrial motions except dispositive motions

____    To supervise discovery and resolve discovery disputes

____    A ruling on the following motions which are currently pending:

_X_     A settlement conference

____    A conference to discuss the following: _____

____    Other: _____

SO ORDERED this 24th day of July 2006, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge