# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TOMASZ MIERZEJEWSKI | ) | CIVIL ACTION NUMBER |
| Plaintiff | ) | 3:02 CV 752 (SRU) |
| vs. | ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | ) | |
| Defendant | ) | NOVEMBER 28, 2006 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant respectfully request that the Court consider this Joint Motion for Extension of Time to submit a Trial Memorandum pursuant to the Court's Pretrial Order, which was signed by the Honorable Stefan R. Underhill on July 24, 2006. The current Pretrial Order sets a deadline for the parties' trial briefs to be filed by October 10, 2006, which was extended to December 1, 2006.

On July 24, 2006, the Honorable Judge Underhill referred this matter to Magistrate Judge William I. Garfinkel for a settlement conference, which both parties attended on November 14, 2006.

The parties request this extension because of the settlement conference and

the parties' need for additional time to properly draft the Trial Memorandum.

**WHEREFORE,** the Plaintiff and Defendant jointly and respectfully request that the deadline for submitting a Trial Memorandum be extended an additional 10 days through December 11, 2006.

| PLAINTIFF, Tomasz Mierzejewski | DEFENDANT, Nationwide Mutual Fire Insurance Company |
|---|---|
| By     s/Juri E. Taalman | By     s/MichaelFeldman |
| Juri E. Taalman, Esq. | Michael Feldman, |
| Fed. ID #ct 09377 | Fed. ID # ct 06649 |
| Brignole & Bush | Feldman & Hickey, LLC |
| 73 Wadsworth Street | 10 Waterside Dr., Ste. 303 |
| Hartford, CT 06106 | Farmington, CT 06032-3084 |
| (860) 527-9973 | (860) 677-0551 |
| (860) 527-5929 (fax) | (860) 677-1147 (fax) |
| | michaelfeldman@feldmanhickey.com |

## CERTIFICATION OF SERVICE

      I hereby certify that on November 28, 2006, a copy of the foregoing Joint Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                    DEFENDANT, Nationwide Mutual
                                    Fire Insurance Company


                       By     s/MichaelFeldman
                             Michael Feldman, Esq.
                             Fed. ID # ct 06649
                             Feldman & Hickey, LLC
                             10 Waterside Dr., Ste. 303
                             Farmington, CT 06032-3084
                             (860) 677-0551
                             (860) 677-1147 (fax)
                             michaelfeldman@feldmanhickey.com