# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TOMASZ MIERZEJEWSKI ) | CIVIL ACTION NUMBER |
| ) | |
| Plaintiff ) | 3:02 CV 752 (SRU) |
| ) | |
| vs. ) | |
| ) | |
| NATIONWIDE MUTUAL FIRE ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant ) | DECEMBER 15, 2006 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), all the undersigned parties to this action hereby request the entry of a dismissal of this action with prejudice and without costs to any party. The parties have mutually agreed upon a settlement.

PLAINTIFF, Tomasz Mierzejewski

By _____
Juri E. Taalman, Esq.
Fed. ID #ct 09377
Brignole & Bush
73 Wadsworth Street
Hartford, CT 06106
(860) 527-9973
(860) 527-5929 (fax)

DEFENDANT, Nationwide Mutual
Fire Insurance Company

By _____
Michael Feldman,
Fed. ID # ct 06649
Feldman & Hickey, LLC
10 Waterside Dr., Ste. 303
Farmington, CT 06032-3084
(860) 677-0551
(860) 677-1147 (fax)
michaelfeldman@feldmanhickey.com

## CERTIFICATION OF SERVICE

I hereby certify that on December 15, 2006, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

DEFENDANT, Nationwide Mutual
Fire Insurance Company


By     s/MichaelFeldman
       Michael Feldman, Esq.
       Fed. ID # ct 06649
       Feldman & Hickey, LLC
       10 Waterside Dr., Ste. 303
       Farmington, CT 06032-3084
       (860) 677-0551
       (860) 677-1147 (fax)
       michaelfeldman@feldmanhickey.com